JOSEPH W. CHARLES, P.C.
5704 West Palmaire Avenue
Post Office Box 1737
Glendale, Arizona 85311-1737
Phone: 623-939-6546
Fax:    623-939-6718
Email: attyjcharles@joecharles.com

JOSEPH W. CHARLES
State Bar No. 003038
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 11 |
| **MIKE ZITTA** and **IRENA ZITTA**, | Case No. 2:09-bk-19154-SSC |
| Debtors. | **APPLICATION TO EMPLOY COUNSEL** |

Debtors, **MIKE ZITTA** and **IRENA ZITTA**, submit their Application to Employ Counsel, JOSEPH W. CHARLES, P.C., as follows:

1. On August 11, 2009, Debtors filed a voluntary petition herein under Chapter 11 of the Bankruptcy Code.

2. Applicants, as Debtors-in-Possession, wish to employ JOSEPH W. CHARLES, P.C., attorney duly admitted to practice in this Court, to represent Debtors in these proceedings.

3. Applicants have selected JOSEPH W. CHARLES, P.C. for the reason that he has considerable bankruptcy experience and Debtors believe that JOSEPH W. CHARLES, P.C. is well-qualified to represent Debtors in this proceeding.

4. The professional services that JOSEPH W. CHARLES, P.C. is to render are:

   a. To give Debtors legal advice with respect to all matters related to this case;

   b. To prepare on behalf of Applicants, as Debtors-in-Possession, necessary applications, answers, orders, reports and other legal papers; and

   c. To perform all other legal services for Debtors which may be necessary herein.

It is necessary for Debtors to employ an attorney for such professional services.

5. JOSEPH W. CHARLES, P.C. represents no interest adverse to Debtors, or the estate in the matters upon which he is to be engaged for Debtors except for the payment of fees.

WHEREFORE, Applicants pray for authorization to employ and appoint JOSEPH W. CHARLES, P.C. to represent Debtors as Debtors-in-Possession in this proceeding under Chapter 11 of the Code; and for such other and further relief as is just.

DATED this 21st day of September, 2009.

/s/ Mike Zitta
MIKE ZITTA, Debtor

/s/ Irena Zitta
IRENA ZITTA, Debtor

A copy of the foregoing was
Mailed this ___ day of
September, 2009, to:

U.S. Trustee's Office
230 North First Avenue
Suite 204
Phoenix, Arizona 85003

*[signature]*