**JOSEPH W. CHARLES, P.C.**
**5704 West Palmaire Avenue**
**Post Office Box 1737**
**Glendale, Arizona 85311-1737**
**Phone:  623-939-6546**
**Fax:       623-939-6718**
**Email:  attyjcharles@joecharles.com**

JOSEPH W. CHARLES
State Bar No. 003038
Attorney for Debtors

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>**MIKE ZITTA** and<br>**IRENA ZITTA,**<br><br>                Debtors. | In Proceedings Under Chapter 11<br><br>Case No. 2:09-bk-19154-SSC<br><br>**AFFIDAVIT OF PROPOSED COUNSEL** |

STATE OF ARIZONA    )
                         ) ss.
County of Maricopa   )

    **JOSEPH W. CHARLES**, being first duly sworn, deposes and says:

    1.    I am an attorney and counselor at law, duly admitted to practice in the State of Arizona and in this Court.

    2.    I maintain an office for the practice of law at 5704 West Palmaire Avenue, Glendale, Arizona 85301, Telephone: (623) 939-6546.

    3.    I have no connection with the above-named Debtors.

4. I represent no interest adverse to the above-named Debtors, or the estate in matters upon which I am to be engaged.

DATED this 21ST day of September, 2009.

/s/ Joseph W. Charles

JOSEPH W. CHARLES

SUBSCRIBED AND SWORN to before me this 21st day of September, 2009.

PAULINA PONIATOWSKI
Notary Public - Arizona
Maricopa County
My Commission Expires
November 13, 2012

/s/

Notary Public

My Commission Expires:

11/13/2012