| | |
|---|---|
| 1 | Paul M. Levine (007202) |
| 2 | Matthew A Silverman (018919) |
|   | **McCarthy ◆ Holthus ◆ Levine** |
| 3 | 3636 North Central Avenue |
|   | Suite 1050 |
| 4 | Phoenix, AZ 85012 |
| 5 | (602) 230-8726 |
| 6 | Attorneys for Movant, |
| 7 | Aurora Loan Services, LLC, its assignees and/or successors |

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| In re: | ) In Proceedings Under |
|---|---|
| Mike Zitta, | ) Chapter 11 |
| Irena Zitta, | ) Case No. 2:09-bk-19154-SSC |
| Debtors. | ) |
| _____ | ) **NOTICE OF FILING MOTION FOR** |
| Aurora Loan Services, LLC, its assignees and/or successors, | ) **RELIEF FROM AUTOMATIC STAY AND** |
|  | ) **MEMORANDUM OF POINTS AND** |
|  | ) **AUTHORITIES** |
| Movant, | ) |
| v. | ) |
| Mike Zitta, Irena Zitta, Debtors, | ) |
| Respondents. | ) |
| _____ | ) |

**NOTICE IS GIVEN** that the above Movant has filed a Motion Requesting Relief from the Automatic Stay, the details of which are as follows:

Movant has requested termination of the stay in that Debtors are in default on a lien secured by real property described as follows: 8357 West Mytrle Avenue, Glendale, AZ 85305.

**FURTHER NOTICE IS GIVEN** that pursuant to Local Bankruptcy Rule 4001, if no written objection is filed with the Court and a copy served on Movant, whose address is:

> Matthew A. Silverman, Esq.
> **McCarthy ♦ Holthus ♦ Levine**
> 3636 North Central Avenue
> Suite 1100
> Phoenix, AZ 85012

**WITHIN FIFTEEN (15) DAYS** of service of the Motion, the Motion for Relief from the Automatic Stay may be granted without further hearing. Movant's proposed form of Order is attached hereto as Exhibit "1".

DATED: September 29, 2009

**McCarthy ♦ Holthus ♦ Levine**

By: /s/ Matthew A Silverman
Matthew A Silverman, Esq.
3636 North Central Avenue
Suite 1050
Phoenix, AZ 85012
Attorneys for Movant

On 9/29/2009, I served the foregoing documents described as **NOTICE OF FILING MOTION FOR RELIEF FROM AUTOMATIC STAY AND MEMORANDUM OF POINTS AND AUTHORITIES** on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTORS
Joseph W. Charles
attyjcharles@joecharles.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Enrique Fabela
Enrique Fabela

On 9/29/2009, I served the foregoing documents described as **NOTICE OF FILING MOTION FOR RELIEF FROM AUTOMATIC STAY AND MEMORANDUM OF POINTS AND AUTHORITIES**, on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

UNITED STATES TRUSTEE
Office of The U.S. Trustee
230 North First Avenue Suite 204
Phoenix, AZ 85003

COUNSEL FOR DEBTORS
Joseph W. Charles
P.O. Box 1737
Glendale, AZ 85311-1737

DEBTORS
Mike Zitta
15592 West Roanoke Avenue
Goodyear, AZ 85395

Irena Zitta
15592 West Roanoke Avenue
Goodyear, AZ 85395

| | |
|---|---|
| 1 | SPECIAL NOTICE |
| 2 | Recovery Management Systems Corporation<br>Ramesh Singh |
| 3 | 25 SE 2nd Avenue, Suite 1120 |
| 4 | Miami, FL 33131-1605 |
| 5 | Bank of America Home Loans<br>450 American Street |
| 6 | Simi Valley, CA 93065-6298 |
| 7 | CHASE BANK |
| 8 | 800 Brooksedge Blvd.<br>Westerville, OH 43081 |
| 9 | |
| 10 | CHASE CARDMEMBER SERVICES<br>P. O. Box 94014 |
| 11 | Palatine, IL 60094-4014 |
| 12 | MELISSA AND TONY ESPOSITO |
| 13 | 23062 N 103RD LN<br>PEORIA, AZ 85383 |
| 14 | |
| 15 | SHEILA AND JASON BRUMFIELD<br>13371 W CHAPAROSA WAY |
| 16 | PEORIA, AZ 85383 |
| 17 | SHEREE TIMMONS |
| 18 | 11006 W MADISON AVE<br>AVONDALE, AZ 85323 |
| 19 | |
| 20 | CITI MORTGAGE CO. INC.<br>P.O. BOX 6006 |
| 21 | The Lakes, NV 88901 |
| 22 | CITI PLATINUM SELECT CARD |
| 23 | P. O. Box 6000<br>The Lakes, NV 89163-6000 |
| 24 | |
| 25 | HSBC Mortgage Corporation<br>Suite 0241 |
| 26 | Buffalo, NY 14270-0241 |
| 27 | WELLS FARGO HOME MORTGAGE |
| 28 | PO BOX 30427<br>LOS ANGELES, CA 90030-0427 |
| 29 | |

| | |
|---|---|
| 1 | SAM'S CLUB DISCOVER |
| 2 | P. O. Box 960013 |
|   | Orlando, FL 32896-0013 |

SAM'S CLUB DISCOVER
P. O. Box 960013
Orlando, FL 32896-0013

SEARS CREDIT CARDS
P. O. Box 688957
Des Moines,, IA 50368-8957

TAYLOR BEAN & WHITAKER
1417 N. MAGNOIA AVENUE
Ocala, FL 34475-9078

U.S. BANK
P. O. Box 790408
Saint Louis,, MO 63179-0408

WELLS FARGO BANK MERCHANT SERVICES
PO BOX 6010
Hagerstown, MD 21741

DAVID AND NORMA JALAPA
4031 S SOBOBA ST
GILBERT, AZ 85297

DAVID SCHWEGERT
5100 E BLUEJAY LN
FLAGSTAFF, AZ 86004

GINA CARIFO
4704 E MATT DILLON TRL
CAVE CREEK, AZ 85331

IRIS GLASS
8357 W MYRTLE AVE
GLENDALE, AZ 85305

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ John Lopez
John Lopez