PROBER & RAPHAEL, A LAW CORPORATION
DEAN R. PROBER, ESQUIRE, #106207
LEE S. RAPHAEL, ESQUIRE #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
DAVID F. MAKKABI, ESQUIRE #249825
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
C.094-6726

UNITED STATES BANKRUPTCY COURT

PHOENIX DISTRICT OF ARIZONA

In re

MIKE ZITTA AND IRENA ZITTA

    Debtors.
_____/

Bk. No. 2:09-bk-19154-SSC

Chapter 11

REQUEST FOR SPECIAL NOTICE

IT IS HEREBY REQUESTED that copies of any and all notices and orders sent to any person or entity in connection with this case, including, without limitation, service of any proposed disclosure statement and notice of any hearing to consider the adequacy of the disclosure statement in accordance with 11 U.S.C. §1125 and also including those notices sent pursuant to Subdivision (a) of Bankruptcy Rule 2002, or succeeding rules, be also sent to the agents for BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP, its assignees and/or successors in interest, claimant herein, addressed as follows:

    PROBER & RAPHAEL, A LAW CORPORATION
    20750 Ventura Boulevard, Suite 100
    Woodland Hills, California 91364

Dated: October 8, 2009    By /s/ Dean R. Prober
                             DEAN R. PROBER, ESQ., CA BAR # 106207
                             As Agent for BAC Home Loans Servicing, LP

1

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Janice Warren, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On, October 9, 2009 I served the within REQUEST FOR SPECIAL NOTICE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at

Woodland Hills, California, addressed as follows:

Mike Zitta
Irena Zitta
15592 W. Roanoke Ave
Goodyear, AZ 85395
Debtors

Joseph W. Charles, Esquire
P. O. Box 1737
Glendale, AZ 85311-1737
Attorney for Debtors

Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003
Attorney for U.S. Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on October 9, 2009, at Woodland Hills, California.

/s/ Janice Warren
Janice Warren

2