**JOSEPH W. CHARLES, P.C.**
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311-1737
Phone: (623) 939-6546
Fax:     (623) 939-6718
attyjcharles@joe charles.com

JOSEPH W. CHARLES
State Bar No. 003038
Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re:<br><br>MIKE ZITTA and<br>IRENA ZITTA,<br><br>              Debtors.<br><br>AURORA LOAN SERVICES, LLC, its assignees and/or successors,<br><br>              Movant,<br><br>    vs.<br><br>MIKE ZITTA and<br>IRENA ZITTA, Debtors<br><br>              Respondents. | Case No. 2:09-bk-19154-SSC<br><br><br><br>OBJECTION TO MOTION<br>FOR RELIEF FROM<br>AUTOMATIC STAY<br><br>RE: Real Property Located at<br>8357 West Mytrle Avenue<br>Glendale, AZ 85305 |

COMES NOW the debtors, MIKE ZITTA and IRENA ZITTA, by and through counsel undersigned, and hereby responds and objects to Movant AURORA LOAN SERVICES, LLC's Relief from the Automatic Stay as follows:

1

1. Debtor intends to have an appraisal to identify the value of the property although it is believed that the figure arrived at by Movant is likely close to the market value;

2. Upon verification of the value of the home, Debtor will provide Movant with adequate protection payments; and

3. Debtors deny that there is not sufficient equity in the property and believe this will be effected through a cram down of the property through their chapter 11 plan.

Debtors respectfully requests that the Movant's Motion for Relief from the Automatic Stay be denied.

RESPECTFULLY SUBMITTED this 19th day of October, 2009.

JOSEPH W. CHARLES, P.C.


By /s/ Joseph W. Charles
    JOSEPH W. CHARLES
    5704 W. Palmaire Avenue
    P.O. Box 1737
    Glendale, Arizona  85311
    Attorney for Debtors

COPY of the foregoing
mailed this 19th day of
October, 2009, to:

Paul M. Levine
Matthew Silverman
McCarthy Holthus Levine
3636 N. Central Avenue, Suite 1050
Phoenix, Arizona 85012
Attorney for Movant

UNITED STATES TRUSTEE
Office of the US Trustee
230 North First Ave, Suite 204
Phoenix AZ 85003-1706

By: /s/ C. Short