PATRICIA DOYLE-KOSSICK, P.L.C.
4500 South Lakeshore Drive, Suite 575
Tempe, Arizona 85282-7187
Telephone: (480) 222-0291
Fax: (480) 222-0271
email: patricia.doyle-kossick@azbar.org
Patricia Doyle-Kossick, 010217
Attorneys for Movant

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Proceedings in Chapter 11 |
| MIKE ZITTA AND IRENA ZITTA | No. 2:09-19154 PHX SSC |
| Debtors. | **STIPULATION REGARDING ADEQUATE PROTECTION PAYMENTS AND MODIFICATION OF THE AUTOMATIC STAY** |

JP MORGAN CHASE BANK, N.A., CHASE AUTO FINANCE (hereinafter "Chase")

hereby appearing by and through its attorneys, Patricia Doyle-Kossick, P.L.C., and the

Debtors and Debtors in Possession, Mike Zitta and Irena Zitta, hereby appearing by and

through their attorney, Joseph W. Charles, Esq., the parties hereby agree and stipulate as

follows:

1        On or about August 11, 2009, the Debtors filed a Chapter 11 bankruptcy.

2.       Chase has a valid and perfected lien in the Debtors' 2007 Nissan Armada, VIN

5N1AA08A47N704581 pursuant to a Motor Vehicle Retail Installment Sales

Contract/Purchase Money Security Agreement entered by the Debtors in January, 2008. The

balance owed to Chase as represented in the proof of claim is $21,826.08. The contract rate of

interest is 6.99% per annum. The account is delinquent for the June 13, 2009 loan payment and each monthly payment thereafter in the amount of $443.26.

3.    The Debtors have not yet filed a chapter 11 plan. The Debtors have informed Movant that they intend to retain the 2007 Nissan and pay the claim inside the plan.

4.    The parties agree that Movant is entitled to pre-confirmation adequate protection from the date of the bankruptcy filing until such time as the Debtors confirm a chapter 11 plan and make payments pursuant to a confirmed chapter 11 plan. The pre-confirmation adequate protection shall be in the amount of $288.00 per month and shall commence on October 15, 2009.

5.    The parties agree that for purpose of valuation inside the chapter 11 plan, the 2007 Nissan has a value of over $28,000.00.

6.    The parties agree the balance owed to Chase will not be modified in the chapter 11 plan. The chapter 11 plan will provide to pay the full balance to Chase. The parties agree that the adequate protection payments of $288 per month shall be applied to the outstanding principal and interest due and owing on the loan.

7.    The Debtors shall maintain insurance on the above vehicle in an amount no less than the balance owed to Chase and with Chase listed as the loss payee.

8.    The Debtors must maintain the pre-confirmation adequate protection payments pursuant to this Stipulation. Should the Debtors miss any adequate protection payment required by this Stipulation, Chase will provide written notice to the Debtors' attorney, Joseph W. Charles, and to the Debtors at the address on record with the Bankruptcy Court, of the missed payment. The notice will give the Debtors 15 days to cure the then existing default(s). The parties agree that if the default(s) in the payments are not cured after the 15 day notice to

1    cure, the automatic stay of 11 U.S.C. §362(a) shall be immediately terminated without further

2    order of the Court, and Chase may then execute with all rights and remedies it has in the

3    collateral referenced above and may repossess and liquidate the collateral.

4         9.     The terms of this stipulation shall be incorporated into the Chapter 11 Plan and

5    Disclosure Statement to be filed by the Debtors.

6        RESPECTFULLY SUBMITTED this _27th_ day of October, 2009.

7                 PATRICIA DOYLE-KOSSICK, P.L.C.

8                 /s/ *Patricia Doyle-Kossick* SBN 010217

9                 PATRICIA DOYLE-KOSSICK
                  Attorney for JPMorgan Chase Bank, N.A.

10

11

12                 Joseph W. Charles, Esq.
                  Attorney for Debtors

13

14

15

16

17

18

19

20

21

22

23