```
 1  JOSEPH W. CHARLES, P.C.
    5704 West Palmaire Avenue
 2  P.O. Box 1737
    Glendale, Arizona 85311-1737
 3  623-939-6546
    attyjcharles@joecharles.com
 4  JOSEPH W. CHARLES, #003038
    Attorney for Debtor(s)
 5
```

**IN THE UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA, PHOENIX DIVISION**

| | |
|---|---|
| In re: ) | Chapter 11 Proceedings |
| ) | Case No. **2:09-BK-19154-SSC** |
| MIKE ZITTA AND ) | |
| IRENA ZITTA ) | DEBTOR'S APPLICATION TO |
| ) | EMPLOY ACCOUNTANT |
| ) | |
| Debtor(s), ) | |

Pursuant to 11 U.S.C. §327 and Bankruptcy rule 2014. Mike and Irene Zitta ("Debtors"), herby submit their application to employ Gary Lodwick, a certified Public Accountant, as an accountant for the following, but not limited to reasons:

1. The Debtor wishes to employ Gary Lodwick as accountant to the bankruptcy estate to assist Debtor with the preparation of monthly operating reports, tax advice and preparation and all other services for which Certified Public Accountants may be employed in the State of Arizona.

2. Based on the affidavit of Gary Lodwick in support of this application to employ Accountants, the Debtor believes that Gary Lodwick is disinterested and does not hold an interest adverse to this estate, and that employment of Gary Lodwick would be in the best interest of this bankruptcy estate.

1

3. Gary Lodwick's rate for services is $50.00 per hour.

4. The professional sought to be appointed, satisfies all the criteria for employment under 11 U.S.C. §327 and the Federal Rules of Bankruptcy Procedure.

WHEREFORE, Debtors respectfully request that that they be authorized to employ Gary Lodwick. Debtors request that, after appropriate application, notice and order of the Court, Gary Lodwick be paid his fees incurred as a result of his appointment as Accountant for the debtors in this matter at the rate of $50/hour.

RESPECTFULLY SUBMITTED this 29th day of October, 2009.

JOSEPH W. CHARLES, P.C.

/s/ *Joseph W. Charles*
Joseph W. Charles
5704 W. Palmaire Avenue
P.O. Box 1737
Glendale, AZ 85311
Attorneys for Debtors

COPY of the foregoing
mailed this 29th day of
October, 2009, to:

Office of the US Trustee
230 North First Ave, Suite 204
Phoenix AZ 85003


By: /s/ C. Short