JOSEPH W. CHARLES, P.C.
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311-1737
623-939-6546
attyjcharles@joecharles.com
JOSEPH W. CHARLES, #003038
Attorney for Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| | Case No. **2:09-BK-19154-SSC** |
| MIKE ZITTA AND | |
| IRENA ZITTA | DEBTOR'S APPLICATION TO |
| | EMPLOY APPRAISER AND |
| | APPROVE EXPENSES RELATED |
| Debtor(s). | THERETO |

Mike and Irene Zitta, by and through their counsel undersigned, herein makes application to this Court for an Order authorizing them to employ Ray Ferrier from Ferrier Appraisal Services. Debtors represent:

1. This case commenced by Voluntary petition filed on August 11, 2009.

2. As a Chapter 11, debtors are debtors in possession.

3. Debtors require an appraisal to determine fair market value of the properties as part of the debtor's reorganization.

4. Debtors have contacted Ferrier Appraisal Services to conduct the appraisal.

5. Appraiser has agreed to appraise the property for a fee of $350.00.

1

6. Debtors are informed and believe and therefore allege that the employment of the Appraiser on the terms provided for herein is in the best interests of the estate.

7. Debtors are satisfied that appraiser is a disinterested person or entity within the meaning of 11 U.S.C. §101(14).

8. Appraiser is aware of the provisions of 11 U.S.C. §330 and understands, notwithstanding the terms of the employment herein set forth, that the Bankruptcy Court may allow compensation different from the compensation provided herein.

WHEREFORE, Debtors respectfully request that this Court enter an Order:

a. Authorizing the employment of Ferrier Appraisal Services for the purpose of appraising the Phoenix properties with compensation of $275.00 per property.

b. For such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED this 29th day of October, 2009.

JOSEPH W. CHARLES, P.C.

/s/ Joseph W. Charles
Joseph W. Charles
5704 W. Palmaire Avenue
P.O. Box 1737
Glendale, AZ 85311
Attorneys for Debtors

COPY of the foregoing
mailed this 29th day of
October, 2009, to:

Office of the US Trustee
230 North First Ave, Suite 204
Phoenix AZ 85003

By: /s/ C. Short