JOSEPH W. CHARLES, P.C.
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311-1737
623-939-6546
attyjcharles@joecharles.com
JOSEPH W. CHARLES, #003038
Attorney for Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA, PHOENIX DIVISION

In re:

MIKE ZITTA AND
IRENA ZITTA

          Debtor(s).

Chapter 11 Proceedings
Case No. **2:09-BK-19154-SSC**

AFFIDAVIT OF JOHN BIRKETT

I, John Birkett, being duly sworn and upon my oath, deposes and state as follows:

1. I am an appraiser practicing in the State of Arizona.

2. To the best of my knowledge, based on an internal conflict check, I do not represent any person or entity holding an interest adverse to the Debtor or this bankruptcy estate.

3. I believe I am disinterested within the meaning of 11 U.S.C. §327. I have no agreement to split fees with any person or entity.

4. I am prepared to assist Debtor in his pursuit of its best interest.

FURTHER AFFIANT sayeth naught.

Dated this 4th day of November, 2009

1

*John C. Birkett* (signature)
John Birkett

Case 2:09-bk-19154-SSC    Doc 41    Filed 11/04/09    Entered 11/04/09 12:16:31    Desc
Main Document    Page 2 of 2