IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

Dated: November 05, 2009

*Sarah Curley*
SARAH S. CURLEY
U.S. Bankruptcy Judge

**JOSEPH W. CHARLES, P.C.**
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311-1737
623-939-6546
attyjcharles@joecharles.com
JOSEPH W. CHARLES, #003038
Attorney for Debtor(s)

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA, PHOENIX DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Proceedings |
| | ) | |
| MIKE ZITTA AND | ) | Case No. **2:09-BK-19154-SSC** |
| IRENA ZITTA | ) | |
| | ) | ORDER APPOINTING GARY LODWICK AS ACCOUNTANT |
| Debtor(s), | ) | |

Upon Application of the Debtor and upon satisfaction there shall be no payment of the professional except upon appropriate application after notice and hearing; employment is under Sections 327 and 330,

IT IS HEREBY ORDERED appointing Gary Lodwick as Accountant.

DONE IN OPEN COURT this ___ day of _____, 2009.

_____
SARAH S. CURLEY
U.S. Bankruptcy Judge