IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

Dated: November 18, 2009

*Sarah Curley*
SARAH S. CURLEY
U.S. Bankruptcy Judge

---

PATRICIA DOYLE-KOSSICK, P.L.C.
4500 South Lakeshore Drive, Suite 575
Tempe, Arizona 85282-7187
Telephone: (480) 222-0291
Fax: (480) 222-0271
email: patricia.doyle-kossick@azbar.org
Patricia Doyle-Kossick, 010217
Attorneys for Movant

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

In re:

MIKE ZITTA AND IRENA ZITTA

Debtors.

Proceedings in Chapter 11

No. 2:09-19154 PHX SSC

ORDER APPROVING STIPULATION REGARDING ADEQUATE PROTECTION PAYMENTS AND MODIFICATION OF THE AUTOMATIC STAY

JPMORGAN CHASE BANK, N.A., CHASE AUTO FINANCE (hereinafter "Chase") having appeared by and through its attorneys, Patricia Doyle-Kossick, P.L.C.; and the Debtors and Debtors in Possession, Mike Zitta and Irena Zitta, having appeared by and through their attorney, Joseph W. Charles, Esq., the parties having entered a stipulation regarding Adequate Protection Payments and Modification of the Automatic Stay, the Court having reviewed said stipulation, and good cause appearing therefore,

IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Chase has a valid and perfected lien in the Debtors' 2007 Nissan Armada, VIN 5N1AA08A47N704581 pursuant to a Motor Vehicle Retail Installment Sales Contract/Purchase Money Security Agreement entered by the Debtors in January, 2008. The

Page 1

current balance owed to Chase is $21,826.08. The value of the 2007 Nissan is greater than the balance owed to Chase.

2. JPMorgan Chase Bank shall receive pre-confirmation adequate protection payments commencing October 15, 2009, and continuing each month thereafter, until such time as Chase receives payments pursuant to the confirmed chapter 11 plan. The monthly adequate protection shall be in the amount of $288.00 per month.

3. The chapter 11 plan shall not modify the balance owed to Chase. The pre-confirmation adequate protection payments of $288 per month shall be applied to the outstanding principal and interest due and owing on the loan.

4. The Debtors shall maintain insurance on the above vehicle in an amount no less than the balance owed to Chase and with Chase listed as the loss payee.

5. The Debtors must maintain the pre-confirmation adequate protection payments pursuant to this Stipulation. Should the Debtors miss any pre-confirmation adequate protection payment required by this Stipulation, Chase will provide written notice to the Debtors' attorney, Joseph W. Charles, Esq., and to the Debtors at the address on record with the Bankruptcy Court, of the missed payment. The notice will give the Debtors 15 days to cure the then existing default(s). The parties agree that if the default(s) in the payments are not cured after the 15 day notice to cure, the automatic stay of 11 U.S.C. §362(a) shall be immediately terminated without further order of the Court, and Chase may then execute with all rights and remedies it has in the collateral referenced above and may repossess and liquidate the collateral.

6. The terms of this Stipulation shall be incorporated into the Chapter 11 Plan and Disclosure Statement to be filed by the Debtors.

1      DATED this _____ day of _____, 2009.

2

3                  _____
                        UNITED STATES BANKRUPTCY JUDGE

4 Approved as to form and
content for immediate entry:

5

6 PATRICIA DOYLE-KOSSICK, P.L.C.

7 /s/ *Patricia Doyle-Kossick*  SBN 010217
PATRICIA DOYLE-KOSSICK

8 Attorney for JPMorgan Chase Bank, N.A.

9

10

    Joseph W. Charles, Esq.
11 Attorney for Debtors

12

13

14

15

16

17

18

19

20

21

22

23