

JOSEPH W. CHARLES, P.C.
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311-1737
623-939-6546
attyjcharles@joecharles.com
JOSEPH W. CHARLES, #003038
Attorney for Debtor(s)

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA, PHOENIX DIVISION

In re: ) Chapter 11 Proceedings
) Case No. **2:09-BK-19154-SSC**
MIKE ZITTA AND )
IRENA ZITTA ) AFFIDAVIT OF CHRIS BASTIAN
)
)
Debtor(s), )

I, Chris Bastian, being duly sworn and upon my oath, deposes and state as follows:

1. I am a licensed/certified appraiser practicing in the State of Arizona since 2001.

2. To the best of my knowledge, based on an internal conflict check, I do not represent any person or entity holding an interest adverse to the Debtor or this bankruptcy estate.

3. I believe I am disinterested within the meaning of 11 U.S.C. §327. I have no agreement to split fees with any person or entity.

4. I am prepared to assist Debtor in his pursuit of its best interest.

FURTHER AFFIANT sayeth naught.

1

Dated this 20 day of November, 2009

Chris Bastian

2