Matthew A. Silverman (018919)
Jessica R. Kenney (026615)
**McCarthy ◆ Holthus ◆ Levine**
3636 North Central Avenue
Suite 1050
Phoenix, AZ  85012
(602) 230-8726

Attorneys for Movant,
HSBC Bank USA N.A., its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| In re: <br><br> Mike Zitta, <br> Irena Zitta, <br><br> Debtors. <br>_____ <br> HSBC Bank USA N.A., its assignees and/or successors, <br><br> Movant, <br> v. <br><br> Mike Zitta, Irena Zitta, Debtors; and , Chapter 13 Trustee, <br><br> Respondents. <br>_____ | In Proceedings Under <br><br> Chapter 11 <br><br> Case No. 2:09-BK-19154-SSC <br><br> **CERTIFICATE OF SERVICE AND NO OBJECTION** |

  Movant, HSBC Bank USA N.A. ("Movant"), by and through counsel undersigned, hereby petitions this Court for the entry of Order for Relief from the Automatic Stay pursuant to the Motion for Relief from the Automatic Stay which has been filed with this Court.

  Movant states that a copy of the Motion, the Notice of Filing Motion, and the Order submitted herewith were mailed / emailed on November 4, 2009, to the Debtors, the Debtors'

File No. AZ09-48476    1    Case No. 2:09-BK-19154-SSC
Proof of Service of Order Terminating Automatic Stay
Case 2:09-bk-19154-SSC   Doc 54   Filed 11/26/09   Entered 11/26/09 05:44:58   Desc
Main Document   Page 1 of 4

attorney, Joseph W. Charles, and the Chapter 11 Trustee appointed in this case, that not less than twenty (20) days has passed since the time of service of Movant's Motion, and that no Objections have been served upon Movant or its attorney.

**WHEREFORE**, Movant respectfully requests that this Court sign and enter the Order For Relief From The Automatic Stay, a copy of which is provided herewith.

DATED: November 26, 2009

           **McCarthy ◆ Holthus ◆ Levine**

           By: /s/ Matthew A. Silverman
            Paul M. Levine, Esq.
            Matthew A. Silverman, Esq.
            3636 North Central Avenue
            Suite 1050
            Phoenix, AZ 85012
            Attorneys for Movant

File No. AZ09-48476        2        Case No. 2:09-BK-19154-SSC

Proof of Service of Order Terminating Automatic Stay

Case 2:09-bk-19154-SSC   Doc 54   Filed 11/26/09   Entered 11/26/09 05:44:58   Desc
Main Document   Page 2 of 4

| | |
|---|---|
| 1 | |
| 2 | On November 26, 2009, I served the foregoing documents described as |
| 3 | **CERTIFICATE OF SERVICE AND NO OBJECTION** on the following individuals by |
| 4 | electronic means through the Court's ECF program: |

    COUNSEL FOR DEBTORS
    Joseph W. Charles
    attyjcharles@joecharles.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

                          /s/ Darco Turcu

On November 26, 2009, I served the foregoing documents described as **CERTIFICATE OF SERVICE AND NO OBJECTION**, on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

    UNITED STATES TRUSTEE
    230 North First Avenue, Suite 204
    Phoenix, AZ 85003-1706

    COUNSEL FOR DEBTORS
    Joseph W. Charles
    P.O. Box 1737
    Glendale, AZ 85311-1737

    DEBTORS
    Mike Zitta
    15592 West Roanoke Avenue
    Goodyear, AZ 85395

    Irena Zitta
    15592 West Roanoke Avenue
    Goodyear, AZ 85395

    SPECIAL NOTICE
    Sears Credit Cards
    P. O. Box 688957
    Des Moines, IA 50368-8957

File No. AZ09-48476                           3                        Case No. 2:09-BK-19154-SSC
Proof of Service of Order Terminating Automatic Stay
Case 2:09-bk-19154-SSC    Doc 54    Filed 11/26/09    Entered 11/26/09 05:44:58    Desc
Main Document    Page 3 of 4

| | |
|---|---|
| 1 | U.S. Bank |
| 2 | P. O. Box 790408 |
|   | Saint Louis, MO 63179-0408 |

U.S. Bank
P. O. Box 790408
Saint Louis, MO 63179-0408

Wells Fargo Bank
P. O. Box 6010
Hagerstown, MD 21741

Chase Cardmember Services
P. O. Box 94014
Palatine, IL 60094-4014

Citi Platinum Select Card
P. O. Box 6000
The Lakes, NV 89163-6000

Sam's Club Discover
P. O. Box 960013
Orlando, FL 32896-0013

BAC Home Loans Servicing, LP
20750 Ventura Blvd #100
Woodland Hills, CA 91367

Recovery Management Systems Corporation
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Tim Schulz