**JOSEPH W. CHARLES, P.C.**
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311-1737
Phone: (623) 939-6546
Fax:    (623) 939-6718
attyjcharles@joe charles.com

JOSEPH W. CHARLES
State Bar No. 003038
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re:<br><br>MIKE ZITTA and<br>IRENA ZITTA,<br><br>　　　　　Debtors.<br>_____<br><br>HSBC BANK USA N.A. unless title is in the name of HSBC Mortgage Corporation (USA) then f/c in that n, its assignees and/or successors<br><br>　　　　　Movant,<br><br>　　vs.<br><br>MIKE ZITTA, IRENA ZITTA, Debtors;<br><br>　　　　　Respondents.<br>_____ | Case No. 2:09-BK-19154-SSC<br><br>Chapter 11<br><br><br><br><br><br>OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>RE: Real Property Located at 4704 East Matt Dillon Trail Cave Creek, AZ 85331 |

COMES NOW the debtors, MIKE ZITTA and IRENA ZITTA, by and through counsel undersigned, and hereby responds and objects to Movant HSBC BANK USA N.A. unless title is in the name of HSBC Mortgage Corporation (USA) then f/c in that

1

n, its assignees and/or successors' Motion for Relief from the Automatic Stay as follows:

1. There is nothing to indicate that HSBC BANK USA has authority to bring this action when the Deed of Trust is in the name of HSBC Mortgage Corporation (USA);

2. Movant claims that the property is not necessary for an effective reorganization, but the contrary is true as the property is absolutely necessary as the rental of the building is a fundamental part of Debtors' operation;

3. Movant cites authority that it is entitled to relief "[u]nless a reorganization is contemplated and feasible...." Debtors do contemplate reorganization and believe it is feasible. This is evidenced by recent filings with the court; and

4. Movant cites the desire to communicate with Debtors about potential loan modification or other mitigation agreement as a reason to lift the stay. Debtors contend that their attorneys would be more than happy to negotiate any type of agreement that adjusts the balance to fair market value;

Debtors respectfully requests that the Movant's Motion for Relief from the Automatic Stay be denied.

RESPECTFULLY SUBMITTED this 30th day of November, 2009.

|   |                                                      |
|---|------------------------------------------------------|
| 1 |                                                      |
| 2 | JOSEPH W. CHARLES, P.C.                              |
| 3 |                                                      |
| 4 | By /s/ Joseph W. Charles                             |
| 5 |     JOSEPH W. CHARLES            |
|   |     5704 W. Palmaire Avenue      |
| 6 |     P.O. Box 1737                |
|   |     Glendale, Arizona  85311     |
| 7 |     Attorney for Debtors         |

COPY of the foregoing mailed this 30th day of November, 2009, to:

Matthew A. Silverman
Jessica R. Kenney
McCarthy Holthus Levine
3636 N. Central Avenue
Suite 1050
Phoenix, AZ 85012
Attorney for Movant

By: /s/ C. Short

3