Paul M. Levine (007202)
Matthew A. Silverman (018919)
**McCarthy ◆ Holthus ◆ Levine**
3636 North Central Avenue
Suite 1050
Phoenix, AZ 85012
(602) 230-8726

UNITED STATES BANKRUPTCY COURT

ARIZONA DISTRICT OF ARIZONA

PHOENIX DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case Number: 2:09-BK-19154-SSC |
| **Mike Zitta and Irena Zitta** | § | |
| | § | Chapter: 11 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF APPEARANCE
PURSUANT TO BANKRUPTCY RULE 9010**

PLEASE TAKE NOTICE THAT following attorney represents HSBC Mortgage Corporation (USA), its assignees and/or successors, in the above referenced bankruptcy case:

    **McCarthy ◆ Holthus ◆ Levine**
    3636 North Central Avenue
    Suite 1050
    Phoenix, AZ 85012

Dated: November 30, 2009            **McCarthy ◆ Holthus ◆ Levine**

                                       By: /s/ Matthew A. Silverman, Esq.
                                                Matthew A. Silverman, Esq.
                                                Attorney for Secured Creditor

# CERTIFICATE OF SERVICE

On 11/30/2009, I served the foregoing documents described as **NOTICE OF APPEARANCE** on the following individuals by electronic means through the Court's ECF program:

> COUNSEL FOR DEBTOR
> Joseph W. Charles
> attyjcharles@joecharles.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

> /s/ Alexandru Nicolau
> Alexandru Nicolau

On 11/30/2009 , I served the foregoing documents described as **NOTICE OF APPEARANCE,** on the following individuals by depositing true copies thereof in the United States first class mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

> U.S. TRUSTEE
> Office Of The U.S. Trustee
> 230 North First Avenue Suite 204
> Phoenix, AZ 85003

> COUNSEL FOR DEBTOR
> Joseph W. Charles
> PO Box 1737
> Glendale, AZ 85311-1737

> DEBTOR
> Mike Zitta
> 15592West Roanoke Avenue
> Goodyear, AZ 85395

> Irena Zitta
> 15592 West Roanoke Avenue
> Goodyear, AZ 85295

| | |
|---|---|
| 1 | **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.** |
| 2 | |
| 3 | /s/ Hue Banh |
| | Hue Banh |