1  JOSEPH W. CHARLES, P.C.
   5704 West Palmaire Avenue
2  P.O. Box 1737
   Glendale, Arizona 85311-1737
3  Phone: (623) 939-6546
   Fax:    (623) 939-6718
4  attyjcharles@joe charles.com

5  JOSEPH W. CHARLES
   State Bar No. 003038
6  Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re: )<br>)<br>MIKE ZITTA and )<br>IRENA ZITTA, )<br>)<br>Debtors. )<br>_____ )<br>)<br>HSBC BANK USA N.A. unless title is in )<br>the name of HSBC Mortgage )<br>Corporation (USA) then f/c in that n, its )<br>assignees and/or successors, )<br>)<br>Movant, )<br>)<br>vs. )<br>)<br>MIKE ZITTA, IRENA ZITTA, Debtors; )<br>)<br>Respondents. )<br>_____ ) | Case No. 2:09-BK-19154-SSC<br><br>Chapter 11<br><br><br><br><br><br><br><br>MOTION TO SET ASIDE<br>MOVANT'S CERTIFICATE OF<br>SERVICE AND NO OBJECTION<br><br>RE: Real Property Located at<br>4704 East Matt Dillon Trail<br>Cave Creek, AZ 85331 |

COMES NOW the debtors, MIKE ZITTA and IRENA ZITTA, by and through counsel undersigned, and hereby moves to Court to set aside Movant's Certificate Of Service And No Objection. Debtors prepared their objection and were prepared to

1

file it, but were confused with regards to Movant's bizarre caption. While attempting to solve this mystery, the time limit had already run. Debtors have since filed their objection without comment as to the name on the caption. It is interesting to note that Movant's name in their caption has changed. The Certificate Of Service And No Objection no longer contains the language that so puzzled the Debtors.

Therefore, Debtors respectfully requests that the Movant's Certificate of Service And No Objection be set aside and asks that the Court set the matter for a hearing based on Debtor's objection.

RESPECTFULLY SUBMITTED this 2nd day of December, 2009.

JOSEPH W. CHARLES, P.C.

By /s/ Joseph W. Charles
    JOSEPH W. CHARLES
    5704 W. Palmaire Avenue
    P.O. Box 1737
    Glendale, Arizona 85311
    Attorney for Debtors

COPY of the foregoing
mailed this 2nd day of
December, 2009, to:

Matthew A. Silverman
Jessica R. Kenney
McCarthy Holthus Levine
3636 N. Central Avenue
Suite 1050
Phoenix, AZ 85012
Attorney for Movant

By: /s/ C. Short

2