JOSEPH W. CHARLES, P.C.
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311-1737
623-939-6546
attyjcharles@joecharles.com
JOSEPH W. CHARLES, #003038
Attorney for Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA, PHOENIX DIVISION

In re:                                    ) Chapter 11 Proceedings
                                          ) Case No. **2:09-BK-19154-SSC**
MIKE ZITTA AND                            )
IRENA ZITTA                               )
                                          ) DEBTOR'S APPLICATION TO
                                          ) EMPLOY APPRAISER AND
                                          ) APPROVE EXPENSES RELATED
                    Debtor(s),            ) THERETO

Mike and Irene Zitta, by and through their counsel undersigned, herein makes application to this Court for an Order authorizing them to employ Chris Bastian from Bastian Appraisal Services. Debtors represent:

1. This case commenced by Voluntary petition filed on August 11, 2009.

2. As a Chapter 11, debtors are debtors in possession.

3. Debtors require an appraisal to determine fair market value of the properties as part of the debtor's reorganization as allowed for under 11 U.S.C. § 327.

4. Debtors have contacted Bastian Appraisal Services to conduct the appraisal.

5. Appraiser has agreed to appraise the properties for a fee of $250.00 each.

1

6. The properties to be appraised include:

> 15592 W. Roanoke Avenue, Goodyear, AZ 85295
>
> 23062 N. 103rd Lane, Peoria, AZ 85383
>
> 4704 E. Matt Dillon Trail, Cave Creek, AZ 85331
>
> 11006 W. Madison Avenue, Avondale, AZ 85323
>
> 13371 W. Chaparosa Way, Peoria, AZ 85383
>
> 8357 W. Myrtle Avenue, Glendale, AZ 85305
>
> 4031 S. Soboba Street, Gilbert, AZ 85397

7. Debtors are informed and believe and therefore allege that the employment of the Appraiser on the terms provided for herein is in the best interests of the estate.

8. Debtors are satisfied that appraiser is a disinterested person or entity within the meaning of 11 U.S.C. §101(14).

9. Appraiser is aware of the provisions of 11 U.S.C. §330 and understands, notwithstanding the terms of the employment herein set forth, that the Bankruptcy Court may allow compensation different from the compensation provided herein.

WHEREFORE, Debtors respectfully request that this Court enter an Order:

a. Authorizing the employment of Bastian Appraisal Services for the purpose of appraising the Phoenix properties with compensation of $250.00 per property for a total expenditure of $1750.00.

b. For such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED this 4th day of December, 2009.

| | |
|---|---|
| 1 | JOSEPH W. CHARLES, P.C. |
| 2 | /s/ *Joseph W. Charles* |
| 3 | Joseph W. Charles |
| 4 | 5704 W. Palmaire Avenue<br>P.O. Box 1737 |
| 5 | Glendale, AZ 85311<br>Attorneys for Debtors |

6 COPY of the foregoing
7 mailed this 4th day of
December, 2009, to:
8
9 Office of the US Trustee
230 North First Ave, Suite 204
10 Phoenix AZ 85003

11 All creditors on the master mailing list attached hereto

12 By: /s/ C. Short

```
Label Matrix for local noticing            Aurora Loan Services, LLC, its assignees and      BAC Home Loans Servicing, LP
0970-2                                                                                        c/o Polk, Prober & Raphael
Case 2:09-bk-19154-SSC                                                                        20750 Ventura Blvd #100
District of Arizona                                                                           Woodland Hills, Ca 91367
Phoenix
Fri Dec  4 13:49:00 MST 2009

HSBC Mortgage Corporation (USA), its assigne   JPMORGAN CHASE BANK, N.A.                     U.S. Bankruptcy Court, Arizona
c/o McCarthy  Holthus Levine                   Patricia Doyle-Kossick, PLC                   230 North First Avenue, Suite 101
3636 North Central Avenue Suite 1050           4500 S. Lakeshore Drive                       Phoenix, AZ 85003-0608
Phoenix, AZ 85012-1960                         Suite 575
                                               Tempe, AZ 85282-7187


Aurora Loan Services                           BAC Home Loans Servicing, LP                   Bank of America Home Loans
PO BOX 78111                                   2270 Lakeside Boulevard                        450 American Street
Phoenix AZ 85062-8111                          Mail Stop: R-A-3-118                           Simi Valley CA 93065-6285
                                               Richardson, TX 75082-4304



CHASE BANK                                     CHASE CARDMEMBER SERVICES                      CITI MORTGAGE CO. INC.
800 Brooksedge Blvd.                           P. O. Box 94014                                P.O. BOX 6006
Westerville OH 43081-2822                      Palatine IL 60094-4014                         The Lakes NV 88901-6006



CITI PLATINUM SELECT CARD                      Chase Bank USA, N.A.                           David Schwegert
P. O. Box 6000                                 PO Box 15145                                   5100 E Bluejay Ln
The Lakes NV 89163-0001                        Wilmington, DE 19850-5145                      Flagstaff AZ 86004-7380



David and Norma Jalapa                         Gina Carifo                                    HSBC Mortgage Corporation
4031 S Soboba St                               4704 E Matt Dillon Trl                         Suite 0241
Gilbert AZ 85297-5249                          Cave Creek AZ 85331-5046                       Buffalo NY 14270-0241



HSBC Mortgage Corporation                      HSBC Mortgage Corporation (USA)                Iris Glass
c/o McCarthy & Holthus, LLP                    c/o McCarthy  Holthus Levine                   8357 W Myrtle Ave
1770 Fourth Avenue                             3636 North Central Avenue Suite 1050           Glendale AZ 85305-6926
San Diego, CA 92101-2607                       Phoenix, AZ 85012-1960



JP Morgan Chase Bank, N.A.                     Melissa and Tony Esposito                      Recovery Management Systems Corporation
PO Box 901032                                  23062 N 103rd Ln                               25 S.E. 2nd Avenue, Suite 1120
Ft Worth, TX 76101-2032                        Peoria AZ 85383-2751                           Miami, FL 33131-1605



Recovery Management Systems Corporation        SAM'S CLUB DISCOVER                            SEARS CREDIT CARDS
For GE Money Bank                              P. O. Box 960013                               P. O. Box 688957
dba SAM'S CLUB DISCOVER                        Orlando FL 32896-0013                          Des Moines IA 50368-8957
25 SE 2nd Ave Ste 1120
Miami FL 33131-1605


Sheila and Jason Brumfield                     Sheree Timmons                                 TAYLOR BEAN & WHITAKER
13371 W Chaparosa Way                          11006 W Madison Ave                            1417 N. MAGNOIA AVENUE
Peoria AZ 85383-7881                           Avondale AZ 85323-3340                         Ocala FL 34475-9078
```

| | | |
|---|---|---|
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | U.S. Bank N.A./Retail Payment Solutions<br>P.O. Box 5229<br>Cincinnati, OH 45201-5229 | U.S. TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>230 NORTH FIRST AVENUE<br>SUITE 204<br>PHOENIX, AZ 85003-1725 |
| WELLS FARGO BANK<br>MERCHANT SERVICES<br>PO BOX 6010<br>Hagerstown MD 21741-6010 | WELLS FARGO BANK, N.A. C/O MARK S. BOSCO<br>2525 E. CAMELBACK RD. SUITE 300<br>PHOENIX, AZ 85016-4237 | WELLS FARGO HOME MORTGAGE<br>PO BOX 30427<br>Los Angeles CA 90030-0427 |
| IRENA ZITTA<br>15592 WEST ROANOKE AVENUE<br>GOODYEAR, AZ 85395-2078 | JOSEPH W. CHARLES<br>PO BOX 1737<br>GLENDALE, AZ 85311-1737 | MIKE ZITTA<br>15592 WEST ROANOKE AVENUE<br>GOODYEAR, AZ 85395-2078 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| U.S. BANK<br>P. O. Box 790408<br>Saint Louis MO 63179-0408 | (d)U.S. Bank N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)HSBC Bank USA N.A. unless title is in the | (u)HSBC Bank USA N.A., its assignees and/or s | (u)Recovery Management Systems Corporation |

(u)c/o Mark S. Bosco Wells Fargo Bank, N.A.

End of Label Matrix
Mailable recipients     38
Bypassed recipients      4
Total                   42