JOSEPH W. CHARLES, P.C.
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311-1737
623-939-6546
attyjcharles@joecharles.com
JOSEPH W. CHARLES, #003038
Attorney for Debtor(s)

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA, PHOENIX DIVISION

In re:

MIKE ZITTA AND
IRENA ZITTA

               Debtor(s).

Chapter 11 Proceedings
Case No. **2:09-BK-19154-SSC**

DEBTOR'S APPLICATION TO
EMPLOY APPRAISER AND
APPROVE EXPENSES RELATED
THERETO

Mike and Irene Zitta, by and through their counsel undersigned, herein makes application to this Court for an Order authorizing them to employ John Birkett from Birkett & Associates. Debtors represent:

1. This case commenced by Voluntary petition filed on August 11, 2009.

2. As a Chapter 11, debtors are debtors in possession.

3. Debtors require an appraisal to determine fair market value of the property as part of the debtor's reorganization as allowed for under 11 U.S.C. §327.

4. Debtors have contacted Birkett & Associates to conduct the appraisal.

5. Appraiser has agreed to appraise the property located at 5100 East Bluejay Lane, Flagstaff, AZ for a fee of $350.00.

1

6. Debtors are informed and believe and therefore allege that the employment of the Appraiser on the terms provided for herein is in the best interests of the estate.

7. Debtors are satisfied that appraiser is a disinterested person or entity within the meaning of 11 U.S.C. §101(14).

8. Appraiser is aware of the provisions of 11 U.S.C. §330 and understands, notwithstanding the terms of the employment herein set forth, that the Bankruptcy Court may allow compensation different from the compensation provided herein.

WHEREFORE, Debtors respectfully request that this Court enter an Order:

a. Authorizing the employment of Birkett & Associates for the purpose of appraising the Flagstaff property with compensation of $350.00.

b. For such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED this 4th day of December, 2009.

JOSEPH W. CHARLES, P.C.

/s/ Joseph W. Charles
Joseph W. Charles
5704 W. Palmaire Avenue
P.O. Box 1737
Glendale, AZ 85311
Attorneys for Debtors

COPY of the foregoing
mailed this 4th day of
December, 2009, to:

Office of the US Trustee
230 North First Ave, Suite 204
Phoenix AZ 85003

All creditors on the master mailing list attached hereto

By: /s/ C. Short

```
Label Matrix for local noticing          Aurora Loan Services, LLC, its assignees and    BAC Home Loans Servicing, LP
0970-2                                                                                    c/o Polk, Prober & Raphael
Case 2:09-bk-19154-SSC                                                                    20750 Ventura Blvd #100
District of Arizona                                                                       Woodland Hills, Ca 91367
Phoenix
Fri Dec  4 13:49:00 MST 2009

HSBC Mortgage Corporation (USA), its assigne    JPMORGAN CHASE BANK, N.A.                 U.S. Bankruptcy Court, Arizona
c/o McCarthy Holthus Levine                     Patricia Doyle-Kossick, PLC               230 North First Avenue, Suite 101
3636 North Central Avenue Suite 1050            4500 S. Lakeshore Drive                   Phoenix, AZ 85003-0608
Phoenix, AZ 85012-1960                          Suite 575
                                                Tempe, AZ 85282-7187

Aurora Loan Services                            BAC Home Loans Servicing, LP              Bank of America Home Loans
PO BOX 78111                                    2270 Lakeside Boulevard                   450 American Street
Phoenix AZ 85062-8111                           Mail Stop: R-A-3-118                      Simi Valley CA 93065-6285
                                                Richardson, TX 75082-4304

CHASE BANK                                      CHASE CARDMEMBER SERVICES                 CITI MORTGAGE CO. INC.
800 Brooksedge Blvd.                            P. O. Box 94014                           P.O. BOX 6006
Westerville OH 43081-2822                       Palatine IL 60094-4014                    The Lakes NV 88901-6006

CITI PLATINUM SELECT CARD                       Chase Bank USA, N.A.                      David Schwegert
P. O. Box 6000                                  PO Box 15145                              5100 E Bluejay Ln
The Lakes NV 89163-0001                         Wilmington, DE 19850-5145                 Flagstaff AZ 86004-7380

David and Norma Jalapa                          Gina Carifo                               HSBC Mortgage Corporation
4031 S Soboba St                                4704 E Matt Dillon Trl                    Suite 0241
Gilbert AZ 85297-5249                           Cave Creek AZ 85331-5046                  Buffalo NY 14270-0241

HSBC Mortgage Corporation                       HSBC Mortgage Corporation (USA)           Iris Glass
c/o McCarthy & Holthus, LLP                     c/o McCarthy Holthus Levine               8357 W Myrtle Ave
1770 Fourth Avenue                              3636 North Central Avenue Suite 1050      Glendale AZ 85305-6926
San Diego, CA 92101-2607                        Phoenix, AZ 85012-1960

JP Morgan Chase Bank, N.A.                      Melissa and Tony Esposito                 Recovery Management Systems Corporation
PO Box 901032                                   23062 N 103rd Ln                          25 S.E. 2nd Avenue, Suite 1120
Ft Worth, TX 76101-2032                         Peoria AZ 85383-2751                      Miami, FL 33131-1605

Recovery Management Systems Corporation         SAM'S CLUB DISCOVER                       SEARS CREDIT CARDS
For GE Money Bank                               P. O. Box 960013                          P. O. Box 688957
dba SAM'S CLUB DISCOVER                         Orlando FL 32896-0013                     Des Moines IA 50368-8957
25 SE 2nd Ave Ste 1120
Miami FL 33131-1605

Sheila and Jason Brumfield                      Sheree Timmons                            TAYLOR BEAN & WHITAKER
13371 W Chaparosa Way                           11006 W Madison Ave                       1417 N. MAGNOIA AVENUE
Peoria AZ 85383-7881                            Avondale AZ 85323-3340                    Ocala FL 34475-9078
```

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

U.S. Bank N.A./Retail Payment Solutions
P.O. Box 5229
Cincinnati, OH 45201-5229

U.S. TRUSTEE
OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE
SUITE 204
PHOENIX, AZ 85003-1725

WELLS FARGO BANK
MERCHANT SERVICES
PO BOX 6010
Hagerstown MD 21741-6010

WELLS FARGO BANK, N.A. C/O MARK S. BOSCO
2525 E. CAMELBACK RD. SUITE 300
PHOENIX, AZ 85016-4237

WELLS FARGO HOME MORTGAGE
PO BOX 30427
Los Angeles CA 90030-0427

IRENA ZITTA
15592 WEST ROANOKE AVENUE
GOODYEAR, AZ 85395-2078

JOSEPH W. CHARLES
PO BOX 1737
GLENDALE, AZ 85311-1737

MIKE ZITTA
15592 WEST ROANOKE AVENUE
GOODYEAR, AZ 85395-2078

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

U.S. BANK
P. O. Box 790408
Saint Louis MO 63179-0408

(d)U.S. Bank N.A.
P.O. Box 5229
Cincinnati, OH 45201

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)HSBC Bank USA N.A. unless title is in the

(u)HSBC Bank USA N.A., its assignees and/or s

(u)Recovery Management Systems Corporation

(u)c/o Mark S. Bosco Wells Fargo Bank, N.A.

End of Label Matrix
Mailable recipients    38
Bypassed recipients     4
Total                  42