Paul M. Levine (007202)
Matthew A. Silverman (018919)
Jessica R. Kenney (026615)
**McCarthy ◆ Holthus ◆ Levine**
3636 North Central Avenue
Suite 1050
Phoenix, AZ 85012
(602) 230-8726

Attorneys for Movant,
HSBC Bank USA N.A., its assignees and/or successors,

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| In re: | Case No. 2:09-BK-19154-SSC |
| Mike Zitta, Irena Zitta, | Chapter 11 |
| Debtors. | **NOTICE OF WITHDRAWAL ORDER TERMINATING AUTOMATIC STAY** |
| HSBC Bank USA N.A, its assignees and/or successors, | |
| Movant, | |
| v. | |
| Mike Zitta, Irena Zitta, Debtors; | |
| Respondents. | |

**TO THE DEBTORS, ATTORNEYS OF RECORD AND OTHER INTERESTED PARTIES:**

///

1

1     **PLEASE TAKE NOTICE** that Secured Creditor, HSBC Bank USA N.A.., its assignees and/or successors , hereby withdraws its Order Terminating Automatic Stay dated November 26, 2009.

    **DATED** this 5th day of December.

                                                 **McCarthy ◆ Holthus ◆ Levine**

                                                 By:/s/ Matthew A. Silverman
                                                 Matthew A. Silverman
                                                 3636 North Central Avenue
                                                 Suite 1050
                                                 Phoenix, AZ  85012
                                                 Attorneys for Movant

2

File No. AZ09-38911
Withdrawal, Case No.  2:09-bk-19327-RJH
Case 2:09-bk-19154-SSC    Doc 66    Filed 12/08/09    Entered 12/08/09 08:34:16    Desc
Main Document      Page 2 of 6

| | |
|---|---|
| 1 | On December 8, 2009, I served the foregoing documents described as **NOTICE OF** |
| 2 | **WITHDRAWAL OF ORDER TERMINATING AUTOMATIC STAY** on the following |
| 3 | individuals by electronic means through the Courts ECF Program: |

COUNSEL FOR DEBTORS
Joseph W. Charles
attyjcharles@joecharles.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Darco Turcu

On December 8, 2009, I served the foregoing documents described as **NOTICE OF WITHDRAWAL OF ORDER TERMINATING AUTOMATIC STAY**, on the following individuals by placing true copies thereof enclosed in sealed envelopes addressed as follows:

UNITED STATES TRUSTEE
230 North First Avenue, Suite 204
Phoenix, AZ 85003-1706

COUNSEL FOR DEBTORS
JOSEPH W. Charles
P.O. Box 1737
Glendale, AZ 85311-1737

DEBTORS
Mike Zitta
15592 West Roanoke Avenue
Goodyear, AZ 85395

Irena Zitta
15592 West Roanoke Avenue
Goodyear, AZ 85395

///

///

File No. «MAT_File_»
Proof of Service, Case No. «MAT_Case_»

| | |
|---|---|
| 1 | SPECIAL NOTICE |
| 2 | Aurora Loan Services |
|   | P.O. Box 78111 |
| 3 | Phoenix, AZ 85062-8111 |
| 4 | |
|   | Bank of America Home Loans |
| 5 | 450 American Street |
|   | Simi Valley, CA 93065-6298 |
| 6 | |
| 7 | Chase Bank |
|   | 800 Brooksedge Boulevard |
| 8 | Westerville, OH 43081 |
| 9 | Chase Cardmember Services |
|   | P. O. Box 94014 |
| 10 | Palatine, IL 60094-4014 |
| 11 | |
|    | Citi Mortgage Company Inc. |
| 12 | P.O. Box 6006 |
|    | The Lakes, NV 88901 |
| 13 | |
| 14 | Citi Platinum Select Card |
|    | P. O. Box 6000 |
| 15 | The Lakes, NV 89163-6000 |
| 16 | |
|    | David and Norma Jalapa |
| 17 | 4031 South Soboba Street |
|    | Gilbert, AZ 85297 |
| 18 | |
| 19 | David Schwegert |
|    | 5100 East Bluejay Lane |
| 20 | Flagstaff, AZ 86004 |
| 21 | |
|    | Gina Carifo |
| 22 | 4704 East Matt Dillon Trail |
|    | Cave Creek, AZ 85331 |
| 23 | |
| 24 | HSBC Mortgage Corporation |
|    | Suite 0241 |
| 25 | Buffalo, NY 14270-0241 |
| 26 | |
|    | Iris Glass |
| 27 | 8357 West Myrtle Avenue |
|    | Glendale, AZ 85305 |
| 28 | |
| 29 | /// |

| | |
|---|---|
| 1 | Melissa and Tony Esposito |
| 2 | 23062 North 103rd Lane |
|   | Peoria, AZ 85383 |
| 3 | |
| 4 | Sam's Club Discover |
|   | P. O. Box 960013 |
| 5 | Orlando, FL 32896-0013 |
| 6 | Sears Credit Cards |
|   | P. O. Box 688957 |
| 7 | Des Moines, IA 50368-8957 |
| 8 | |
|   | Sheila and Jason Brumfield |
| 9 | 13371 West Chaparosa Way |
| 10 | Peoria, AZ 85383 |
| 11 | Sheree Timmons |
|   | 11006 West Madison Avenue |
| 12 | Avondale, AZ 85323 |
| 13 | |
|   | Taylor Bean and Whitaker |
| 14 | 1417 North Magnoia Avenue |
|   | Ocala, FL 34475-9078 |
| 15 | |
| 16 | U.S. Bank |
|   | P. O. Box 790408 |
| 17 | Saint Louis, MO 63179-0408 |
| 18 | |
|   | Wells Fargo Bank |
| 19 | P. O. Box 6010 |
|   | Hagerstown, MD 21741 |
| 20 | |
| 21 | Wells Fargo Home Mortgage |
|   | P.O. Box 30427 |
| 22 | Los Angeles, CA 90030-0427 |
| 23 | |
|   | BAC Home Loans Servicing, LP |
| 24 | 20750 Ventura Blvd #100 |
|   | Woodland Hills, CA 91367 |
| 25 | |
| 26 | /// |
| 27 | /// |
| 28 | /// |
| 29 | |

3

File No. «MAT_File_»
Proof of Service, Case No. «MAT_Case_»

Case 2:09-bk-19154-SSC    Doc 66    Filed 12/08/09    Entered 12/08/09 08:34:16    Desc
Main Document    Page 5 of 6

| | |
|---|---|
| 1 | Recovery Management Systems Corporation |
| 2 | 25 SE 2nd Avenue, Suite 1120 |
| | Miami, FL 33131-1605 |
| 3 | |
| 4 | **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.** |
| 5 | /s/ Thomas Rodriguez |