| | |
|---|---|
| 1 | Paul M. Levine (007202) |
| 2 | Matthew A. Silverman (018919) |
|   | Jessica R. Kenney (026615) |
| 3 | **McCarthy ♦ Holthus ♦ Levine** |
|   | 3636 North Central Avenue |
| 4 | Suite 1050 |
|   | Phoenix, AZ 85012 |
| 5 | Telephone: (602) 230-8726 |

Attorney for Movant,
Aurora Loan Services, LLC, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| In re: | ) In Proceedings Under |
|        | ) Chapter 11 |
| Mike Zitta and | ) |
| Irena Zitta, | ) |
|   | ) Case No. 2:09-bk-19154-SSC |
| Debtors. | ) |
| _____ | ) |
| Aurora Loan Services, LLC, its assignees | ) **NOTICE SETTING PRELIMINARY** |
| and/or successors in interest, | ) **HEARING ON MOTION FOR RELIEF** |
|   | ) **FROM AUTOMATIC STAY** |
| Movant, | ) |
|   | ) |
| v. | ) **Date: January 6, 2010** |
|   | ) **Time: 1:30 pm** |
| Mike Zitta and Irena Zitta, Debtors, | ) **Ctrm: #701** |
|   | ) **Place: 230 N. First Avenue** |
| Respondents. | )         **Phoenix, AZ 85003** |
| _____ | ) |

**TO: DEBTORS, ATTORNEY FOR DEBTORS AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that a Preliminary Hearing on Movant's Motion for Relief from the Automatic Stay has been set before the Honorable Sarah S. Curley for the following:

**On Wednesday, January 6, 2010 at 1:30 p.m. in courtroom #701, this is located at 230 N. First Avenue, Phoenix, AZ 85003.**

1    File No. AZ09-42981/ Case No. 2:09-bk-19154-SSC
Notice of Preliminary Hearing
Case 2:09-bk-19154-SSC    Doc 70    Filed 12/09/09    Entered 12/09/09 06:12:23    Desc
Main Document    Page 1 of 2

| | |
|---|---|
| 1 | **DATED** this 8th day of December, 2009. |
| 2 | |
| 3 | **McCarthy ♦ Holthus ♦ Levine** |
| 4 | |
| 5 | By: /s/ Matthew A. Silverman |
| 6 | Matthew A. Silverman, Esq.<br>3636 North Central Avenue |
| 7 | Suite 1050<br>Phoenix, AZ 85012 |
| 8 | Attorneys for Movant |