IT IS HEREBY ADJUDGED
and DECREED this is SO
ORDERED.

Dated: December 10, 2009



_____
SARAH S. CURLEY
U.S. Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In Re | ) | Chapter 11 |
| | ) | |
| MIKE & IRENE ZITTA, | ) | Case No. 09-19154-PHX-SSC |
| | ) | |
| | ) | ORDER APPROVING EMPLOYMENT OF APPRAISER |
| Debtors. | ) | |

Upon the Application of the Mike and Irene Zitta, Debtor(s) and Debtor(s)-in-Possession, in the above-captioned bankruptcy proceeding, requesting that John Birkett from Birkett & Associates serve as appraiser to the estate and upon the verified statement filed pursuant to Rule 2014, <u>Rules of Bankruptcy Procedure</u> ("RBP"), and the Court being satisfied that John Birkett from Birkett & Associates represents no adverse interest to the estate, and that John Birkett from Birkett & Associates is a disinterested party, pursuant to 11 U.S.C. §§ 101(14) and 328, and the Court being satisfied that said employment is necessary and will be in the best interest of this estate,

**IT IS ORDERED** that John Birkett from Birkett & Associates shall be employed as of the date that the application and the verified statement were filed with this Court, to serve as appraiser of the estate subject to the terms set forth in the Application with certain qualifications set forth hereinafter.

**IT IS FURTHER ORDERED** that employment is pursuant to 11 U.S.C. § 328, with a flat fee of $350 to be paid to the appraiser. There shall be no compensation paid,

and no reimbursement of expenses, except upon appropriate application and after notice and hearing.

**IT IS FURTHER ORDERED** that this Order is subject to reconsideration if unique circumstances so warrant.

SIGNED AND DATED ABOVE.