PATRICIA DOYLE-KOSSICK, P.L.C.
4500 South Lakeshore Drive, Suite 575
Tempe, Arizona 85282-7187
Telephone: (480) 222-0291
Fax: (480) 222-0271
email: patricia.doyle-kossick@azbar.org
Patricia Doyle-Kossick, 010217
Attorneys for Movant

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>**MIKE ZITTA AND IRENA ZITTA**<br><br>Debtors. | Proceedings in Chapter 11<br><br>**No. 2:09-19154 PHX SSC**<br><br>NOTICE OF NONCOMPLIANCE WITH COURT'S ORDER APPROVING STIPULATION REGARDING MODIFICATION OF THE AUTOMATIC STAY<br>AND<br>NOTICE OF TERMINATION OF THE AUTOMATIC STAY |

JPMorgan Chase Bank, N.A. (hereinafter "Chase"), by and through its attorneys, Patricia Doyle-Kossick, P.L.C.; hereby gives NOTICE to the Debtors, MIKE ZITTA AND IRENA ZITTA, and their attorney, Joseph W. Charles, Esq., that the Debtors have not complied with the Court's Order Approving Stipulation Regarding Modification of the Automatic Stay dated November 18, 2009, the terms of which are as follows:

1.      The Debtors are financing from Chase the purchase of a 2007 Nissan Armada, VIN 5N1AA08A47N704581. Chase filed a Motion Seeking Termination of the Automatic

Stay due to the debtor's failure to timely pay the monthly installments on this loan. To resolve Chase's Motion for Relief from Stay, the parties agreed and stipulated that:

    a. Movant is entitled to pre-confirmation adequate protection in the amount of $288.00 per month commencing on October 15, 2009.

    b. The Debtors are to maintain the pre-confirmation adequate protection payments pursuant to the Stipulation. Should the Debtors miss any adequate protection payment(s) required by the Stipulation, Chase would provide written notice to the Debtors' attorney, Joseph W. Charles, and to the Debtors at the address on record with the Bankruptcy Court, of the missed payment(s). The notice would give the Debtors 15 days to cure the then existing default(s). The parties agree that if the default(s) in the payments were not cured after the 15 day notice to cure, the automatic stay of 11 U.S.C. §362(a) would be immediately terminated without further order of the Court, and Chase could then execute with all rights and remedies it has in the collateral referenced above and may repossess and liquidate the collateral.

    2. THE DEBTORS ARE NOT IN COMPLIANCE WITH THE ORDER APPROVING STIPULATION REGARDING MODIFICATION OF THE AUTOMATIC STAY. Chase served written notice on the Debtors' attorney, Joseph W. Charles, and to the Debtors, on November 24, 2009, that the Debtors were delinquent in the adequate protection payments. The notice gave the Debtors 15 days to cure the payment defaults. A true and correct copy of the notice given to the Debtors' attorney and the Debtors is attached hereto as Exhibit "A" and is incorporated herein by reference. The Debtors have not cured the defaults.

Page 2
Case 2:09-bk-19154-SSC   Doc 73   Filed 12/15/09   Entered 12/15/09 15:53:55   Desc
Main Document      Page 2 of 3

1 | The Debtors are delinquent for the October 15, November 15, and December 15, 2009

2 | adequate protection payments each in the amount of $288.00.

3 |     3.    Consequently, pursuant to the terms of the Court's Order dated November 18,

4 | 2009 the automatic stay of 11 U.S.C. §362(a) is hereby immediately terminated. Chase shall

5 | be allowed to proceed with all rights and remedies it has as to the above referenced vehicle.

6 |     DATED THIS 15th day of December, 2009.

7 |     PATRICIA DOYLE-KOSSICK, P.L.C.
    /s/ *Patricia Doyle-Kossick* SBN 010217

8 |     PATRICIA DOYLE-KOSSICK
    Attorney for JPMorgan Chase Bank, N.A.

10 | Copy of the foregoing mailed
this 15th day of December, 2008 to:

12 | Joseph W. Charles
P.O. Box 1737
Glendale, AZ 85311-1737

13 | U.S. Trustee

14 | 230 N. First Avenue, Suite 204
Phoenix, AZ 85003-1706

15 | Mike and Irena Zitta

16 | 15592 W. Roanoke Avenue
Goodyear, AZ 85395

17 | */s/ Patricia Doyle-Kossick*