1  **JOSEPH W. CHARLES, P.C.**
   **5704 West Palmaire Avenue**
2  **P.O. Box 1737**
   **Glendale, Arizona 85311-1737**
3  **Phone:  (623) 939-6546**
   **Fax:      (623) 939-6718**
4  attyjcharles@joe charles.com

5  JOSEPH W. CHARLES
   State Bar No. 003038
6  Attorney for Debtors

7

8                    **IN THE UNITED STATES BANKRUPTCY COURT**

9
                     **DISTRICT OF ARIZONA, PHOENIX DIVISION**
10

11
   In re:                                      )
12                                              )
   MIKE ZITTA and                              )    Case No. 2:09-BK-19154-SSC
13 IRENA ZITTA,                                 )
                                               )    Chapter 11
14                                              )
                             Debtors.           )
15 _____)
                                               )
16 HSBC BANK USA N.A., its                     )
   assignees and/or successors                 )    RESPONSE TO AMENDED MOTION
17                                              )    FOR RELIEF FROM AUTOMATIC
                                               )    STAY
18                         Movant,             )
                                               )
19            vs.                               )    RE: Real Property Located at
                                               )    4704 East Matt Dillon Trail
20 MIKE ZITTA, IRENA ZITTA, Debtors;          )    Cave Creek, AZ 85331
                                               )
21                                              )
                         Respondents.          )
22 _____)

23

24        COMES NOW the debtors, MIKE ZITTA and IRENA ZITTA, by and through

25 counsel undersigned, and hereby responds and objects to Movant HSBC BANK USA

26 N.A., its assignees and/or successors' Amended Motion for Relief from the Automatic

27 Stay as follows:

28

                                        1

1. Movant has still not addressed the Debtors' concern that HSBC BANK USA is bringing this action when the note and Deed of Trust are in the name of HSBC Mortgage Corporation (USA). Instead, Movant claims that it was Movant who entered into a contract with Debtors in paragraph 3 of their memorandum. This is clearly not the case as demonstrated by the note and Deed of Trust. Movant further asserts their rights simply by declaring that they are the holder of the note and therefore the real party in interest in paragraph 5. Yet there is no evidence of any transfer. The lender in the document remains "HSBC Mortgage Corporation (USA)" and therefore the interest remains with HSBC Mortgage Corporation (USA) as well until it can be shown that a bona fide transfer took place;

2. Movant claims that the property is not necessary for an effective reorganization, but the contrary is true as the property is absolutely necessary as the rental of the building is a fundamental part of Debtors' operation. This will become apparent once the Chapter 11 Plan is submitted;

3. Movant cites authority that it is entitled to relief "[u]nless a reorganization is contemplated and feasible...." Debtors do contemplate reorganization and believe it is feasible. This is evidenced by recent filings with the court; and

4. Movant cites the desire to communicate with Debtors about potential loan modification or other mitigation agreement as a reason to lift the

2

stay.  Debtors contend that their attorneys would be more than happy to

negotiate any type of agreement that adjusts the principal to fair market

value and/or provides for more favorable terms;


Debtors respectfully requests that the Movant's Amended Motion for Relief

from the Automatic Stay be denied.


RESPECTFULLY SUBMITTED this 16th day of December, 2009.


JOSEPH W. CHARLES, P.C.


By /s/ Joseph W. Charles
    JOSEPH W. CHARLES
    5704 W. Palmaire Avenue
    P.O. Box 1737
    Glendale, Arizona  85311
    Attorney for Debtors


COPY of the foregoing
mailed this 16th day of
December, 2009, to:

Matthew A. Silverman
Jessica R. Kenney
McCarthy Holthus Levine
3636 N. Central Avenue
Suite 1050
Phoenix, AZ 85012
Attorney for Movant

 By: /s/ C. Short

3