PROBER & RAPHAEL, A LAW CORPORATION
DEAN R. PROBER, ESQUIRE, #106207
LEE S. RAPHAEL, ESQUIRE, #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
DAVID F. MAKKABI, ESQUIRE #249825
MELISSA VERMILLION, ESQUIRE #241354
P.O. Box 4365
Woodland Hills, CA 91365-4365
Attorneys for Secured Creditor
C.094-6726

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

In Re:　　　　　　　　　　　　　　　) Bk. No.: 2:09-bk-19154-SSC
　　　　　　　　　　　　　　　　　　)
MIKE ZITTA and IRENA ZITTA,　　　　) CHAPTER 11
　　　　　　　　　　　　　　　　　　)
　　　　Debtors.　　　　　　　　　　) WITHDRAWAL OF
　　　　　　　　　　　　　　　　　　) PROOF OF CLAIM NO. 11
_____)

　　　BAC Home Loans Servicing, LP, servicing agent on behalf of GreenPoint Mortgage Funding, Inc., its assignees and/or successors in interest, withdraws Proof of Claim #11 filed on October 19, 2009, in order to revise the name of claimant to GreenPoint Mortgage Funding, Inc. .

Dated: December 16, 2009　　　　　　　By:/s/ Dean R. Prober
　　　　　　　　　　　　　　　　　　　　DEAN R. PROBER, ESQUIRE, #106207
　　　　　　　　　　　　　　　　　　　Attorneys for Secured Creditor

1

## PROOF OF SERVICE

I, Tina Gaboyan, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On December 17, 2009, I served the within WITHDRAWAL OF CHAPTER 11 PROOF OF CLAIM on all interested parties in this proceeding by placing a true and copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Mike Zitta
Irena Zitta
15592 W. Roanoke Ave
Goodyear, AZ 85395
Debtors

Joseph W. Charles, Esquire
P. O. Box 1737
Glendale, AZ 85311-1737
Attorney for Debtors

Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _____ at Woodland Hills, California.

/s/ Tina Gaboyan
Tina Gaboyan

2