GERARD R. O'MEARA, ESQUIRE
Bar No. 002434
Gust Rosenfeld, PLC
1 South Church Avenue, Suite 1900
Tucson, Arizona 85701-1620
(520) 628-7070
*gromeara@gustlaw.com*

PROBER & RAPHAEL, A LAW CORPORATION
P. O. Box 4365
Woodland Hills, California 91365-4365
(818) 227-0100
PR# C.094-6726
Attorneys for Secured Creditor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re | ) | Bk. No. 2:09-bk-19154-SSC |
| | ) | |
| MIKE ZITTA and IRENA ZITTA, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | **RESPONSE TO DEBTORS'** |
| | ) | **OBJECTION TO PROOF OF CLAIM** |
| | ) | **NO. 11 BY BAC HOME LOANS** |
| | ) | **SERVICING, L.P.** |
| _____ | ) | |

COMES NOW, Secured Creditor BAC Home Loans Servicing, LP, its assignees and/ or successors in interest, servicing agent for GreenPoint Mortgage Funding, Inc., ("Secured Creditor" herein), and hereby opposes the Debtors' Objection to Proof of Claim Number 11 ("Objection"), on the following grounds:

FACTS

1. The Debtors and GreenPoint Mortgage Funding, Inc. ("GreenPoint") entered into an agreement in which GreenPoint provided the Debtors with $564,000.00 in exchange for an

1

1. Interest Only Fixed Rate Note and a Deed of Trust on their property located at 5100 East Blue Jay Lane, Flagstaff, Arizona 86004 ("Property"). A copy of the Interest Only Fixed Rate Note and the Deed of Trust are attached hereto as **Exhibit "1".**

2. Thereafter, BAC Home Loans Servicing, LP contracted with GreenPoint Mortgage Funding, Inc. to become the servicer on the instant loan.

3. The Debtors filed Chapter 11 bankruptcy on or about August 11, 2009.

4. On or about October 19, 2009, Secured Creditor filed a Proof of Claim dated October 8, 2009, for a total secured amount of $587,360.05 and arrears of $23,360.05. A copy of the Proof of Claim is attached hereto as **Exhibit "2".** This is Claim Number 11-1 according to the Claim Register attached hereto as **Exhibit "3"**.

5. On or about December 3, 2009, Debtors' filed an Objection to Proof of Claim #11 by BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP asserting that the claim "purports to give BAC Home Loans Servicing, LP an interest in the property." *See* Docket No. 59, Objection to Proof of Claim, pg. 1.

## ARGUMENT

A Proof of Claim executed and filed constitutes *prima facie* evidence of the validity and amount of the claim. Federal Rule of Bankruptcy Procedure 3001 (f); In re Holm, 931 F.2d 620, 623 (9th Cir. 1991) quoting 3 Lawrence P. King, Collier on Bankruptcy Case Section 502.02, at 502-22 (15th ed. 1991). After an objection is raised, the objector bears the burden of going forward to produce evidence sufficient to negate the prima facie validity of the filed claim. In re Allegheny Intern, Inc., 954 F.2d 167, 173 (3rd Cir. 1992). If the objector produces evidence sufficient to negate the validity of the claim, the ultimate burden of persuasion remains on the claimant to demonstrate by a preponderance of evidence that the claim deserves to share in the distribution of the Debtors' assets. Allegheny Intern, Inc., 954 F.2d at 174; Holm, 931 F2d at

623; 3 Lawrence P. King, Collier on Bankruptcy, Section 502.02 at 502-22 (15th ed. 1993).

Debtors assert that the Proof of Claim #11 is invalid because it purports to give BAC Home Loans an interest in the property. This was a mistake. BAC Home Loans Servicing, LP inadvertently filed the Proof of Claim under the wrong claimant name. BAC Home Loans Servicing, LP is merely the servicer of the original lender, GreenPoint. GreenPoint remains the owner of the lien, and the correct creditor in this bankruptcy proceeding. Debtor admits in its Objection that the correct claimant in this instance is GreenPoint. Secured Creditor intends to withdraw Proof of Claim #11 and file a revised Proof of Claim to evidence GreenPoint Mortgage Funding, Inc. as the correct name of the claimant as soon as possible.

## CONCLUSION

BAC Home Loans Servicing, LP is the servicer for GreenPoint. The Proof of Claim at issue in this instance will be withdrawn and a revised Proof of Claim uploaded to state the correct claimant in this instance. Thus, Secured Creditor respectfully requests that this Court enter an Order:

1. Denying Debtors' Objection to Proof of Claim #11 By BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP;

2. Permitting Secured Creditor to Withdraw Proof of Claim #11 and allowing the revised Proof of Claim in the total secured amount of $587,360.05 and arrears of $23,360.05, provided that it is properly revised to state GreenPoint Mortgage Funding, Inc. as the creditor in this instance;

3. For applicable attorneys' fees and costs; and,

3

| | |
|---|---|
| 1 | 4. For all other relief that the Court deems appropriate. |
| 2 | Dated this 17th day of December 2009. |

                        GUST ROSENFELD, P.L.C.

                        By /s/ Gerard R. O'Meara
                           GERARD R. O'MEARA, ESQ.
                           Attorney for Secured Creditor

4