# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re:                                    )    CASE NO. **2-09-19154-SSC**
                                          )
**MIKE ZITTA and**                        )    **INDIVIDUAL DEBTOR ENGAGED IN**
**IRENA ZITTA**                           )    **BUSINESS MONTHLY REPORT**
                                          )
                                          )    MONTH OF _____ **DECEMBER, 2009**
                                          )
                                          )    DATE PETITION FILED : **8/11/2009**
                                          )
                         Debtor(s) )      )    TAX PAYER ID NO. : **XXX - XX - 3656**
                                             TAX PAYER ID NO. : **XXX - XX - 6619**

Nature of Debtor's Business:          **REAL ESTATE**

Nature of Co-Debtor's Business:       **REAL ESTATE**

DATE DISCLOSURE STATEMENT FILED _____ TO BE FILED _TO BE DETERMINED_

DATE PLAN OF REORGANIZATION FILED _____ TO BE FILED _TO BE DETERMINED_

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE**

**RESPONSIBLE PARTY:**

_Irena Zitta_                                     _Mike Zitta_
ORIGINAL SIGNATURE OF DEBTOR                      ORIGINAL SIGNATURE OF CO-DEBTOR

**MIKE ZITTA**                                    **IRENA ZITTA**
PRINTED NAME OF DEBTOR                            PRINTED NAME OF CO-DEBTOR

01/03/10                                          ~~12/23/09~~ 01/03/10
DATE                                              DATE

**PREPARER:**

_Gary Lodwick_
ORIGINAL SIGNATURE OF PREPARER                    TITLE

**Gary Lodwick**                                  01/03/10
PRINTED NAME OF PREPARER                          DATE

**PERSON TO CONTACT REGARDING THIS REPORT:**      _Mike Zitta_

PHONE NUMBER:                                     (623) 399-6453

ADDRESS:                                          15592 E. Roanoke Ave., Goodyear, AZ 85338

**FILE REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE**

**CASH SUMMARY**
**INDIVIDUAL DEBTOR**

Attach a copy of the Bank Statements to the Report

| | Post-Petition Debtor-in-Possession Accounts | | | | TOTAL |
|---|---|---|---|---|---|
| | Cash | Checking # 768 541 278 | Savings # | # | |
| **Balance at Beginning of Period** | See Page 4a for Checking Account Beginning Balance | | | | $ - |

| RECEIPTS | | | | | |
|---|---|---|---|---|---|
| Wages - Debtor | | | | | $ - |
| Wages - Co-Debtor | | | | | $ - |
| Loans and Advances | | | | | $ - |
| Sale of Assets | | | | | $ - |
| Gifts (money) | | | | | $ - |
| Transfers from Other DIP Accounts | | | | | $ - |
| Other (attach list) | | $ 1,805.90 | | | $ 1,805.90 |
| | | | | | |
| | | | | | |
| **TOTAL RECEIPTS** | $ - | $ 1,805.90 | $ - | $ - | $ 1,805.90 |

| **TOTAL DISBURSEMENTS** | | $ 2,612.40 | | | $ 2,612.40 | * |
|---|---|---|---|---|---|---|

| **Balance at End of Month** | See Page 4a for Checking Account Ending Balance | | | | |
|---|---|---|---|---|---|

| CREDIT CARD ACTIVITY | Dollar Amount of Current Purchase | Interest Charges | Payments Made | Ending Balance |
|---|---|---|---|---|
| Name Acct # | | | | |
| Name Acct # | | | | |
| Name Acct # | | | | |

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements - Individual DIP Accounts (from above) | $ 2,612.40 * |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| Plus: Payroll Deductions (from page 3) | $ - |
| Plus: Total Business Disbursements for Calculating Quarterly Fees (from page 4) | $ 1,785.85 |
| **Total Disbursements for Calculating Quarterly Fees** | $ 4,398.25 |

**Mike & Irena Zitta**
**December, 2009**

Case No. 2-09-1954-SSC
Chase Checking Account #768 541 278

## Personal Electronic Disbursements

| Date | Check # | Description | | Amount |
|------|---------|-------------|---|--------|
| 12/01/09 | | Chase Bank Checks | $ | 18.95 |
| 12/01/09 | | North American Life | $ | 72.63 |
| 12/03/09 | | SW Gas | $ | 22.71 |
| 12/04/09 | | Verizon | $ | 34.71 |
| 12/09/09 | | APS | $ | 58.14 |
| 12/01/09 | | Chase Finance | $ | 288.00 |
| 12/14/09 | | United of Omaha | $ | 84.44 |
| 12/04/09 | | Mutual of Omaha | $ | 233.70 |
| 12/16/09 | | Qwest | $ | 71.09 |
| 12/21/09 | | AZ Republic | $ | 17.77 |
| 12/23/09 | | Direct TV | $ | 78.44 |
| 12/30/09 | | North American Life | $ | 72.63 |
| | | | | |
| | | **Electronic Disbursements:** | **$** | **1,053.21** |

## Personal Checks Issued

| Date | Check # | Description | | Amount |
|------|---------|-------------|---|--------|
| 12/01/09 | 2059 | Litchfield Park Water | $ | 46.88 |
| 12/01/09 | 2096 | Walmart | $ | 18.89 |
| 12/01/09 | 2097 | Sprauts | $ | 15.06 |
| 12/10/09 | 2094 | Albertson | $ | 21.85 |
| 12/10/09 | 2095 | Safeway | $ | 5.88 |
| 12/08/09 | 2098 | Walmart | $ | 37.13 |
| 12/08/09 | 2099 | Bashas | $ | 24.10 |
| 12/09/09 | 2063 | Dr. Palmer | $ | 12.00 |
| 12/11/09 | 2100 | Werner Nurseries | $ | 21.68 |
| 12/14/09 | 2103 | Walgreens | $ | 69.93 |
| 12/15/09 | 2101 | MVD | $ | 10.00 |
| 12//16/09 | 2104 | Ross | $ | 26.48 |
| 12/16/09 | 2071 | Fletcher-Armada Battery and Oil Change | $ | 136.99 |
| 12/18/09 | 2074 | National Labs | $ | 181.30 |
| 12/18/09 | 2105 | CVS Pharmacy | $ | 72.64 |
| 12/18/09 | 2070 | Litchfield Park Water | $ | 48.33 |
| 12/18/09 | 2064 | City of Goodyear | $ | 22.80 |
| 12/21/09 | 2109 | Walmart | $ | 32.44 |
| 12/22/09 | 2111 | Sams Club | $ | 63.52 |
| 12/22/09 | 2110 | Safeway | $ | 16.44 |
| 12/23/09 | 2107 | Bashas | $ | 13.16 |
| 12/24/09 | 2112 | Frys | $ | 37.31 |

# Mike & Irena Zitta
## December, 2009
Case No. 2-09-1954-SSC

Chase Checking Account #768 541 278

| | | | | | |
|---|---|---|---|---|---|
| 12/24/09 | 2113 | Sprauts | | $ | 17.26 |
| 12/28/09 | 2114 | Walgreens | | $ | 8.66 |
| 12/29/09 | 2078 | Cash (See Attached) | | $ | 488.68 |
| 12/29/09 | 2116 | Walmart | | $ | 35.39 |
| 12/30/09 | 2115 | Traders Joe | | $ | 30.33 |
| 12/31/09 | 2118 | Frys | | $ | 32.96 |
| 12/31/09 | 2117 | Sprauts | | $ | 11.10 |
| | | **Check Disbursements:** | | $ | **1,559.19** |
| | | | | | |
| | | **Total Personal Disbursements:** | | $ | **2,612.40** |

## Personal Deposits

| Date | | Description | | | Amount |
|---|---|---|---|---|---|
| 12/09/09 | | U S Treasury - Social Security | IZ | $ | 399.00 |
| 12/09/09 | | U S Treasury - Social Security | MZ | $ | 449.00 |
| 12/30/09 | | Canadian Social Security | MZ | $ | 605.08 |
| 12/03/09 | | IRS Refund | | $ | 352.82 |
| | | | | | |
| | | **Total Receipts:** | | $ | **1,805.90** |

# DISBURSEMENT DETAIL
## (INDIVIDUAL ACCOUNTS)

**Month :** Nov., 2009

**Account # :** 768 541 278

**Bank Name :** Chase

| Cash/Electronic Disbursements | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| | | See attached Page 2 Detail | $ 1,053.21 |
| | | | |
| | | | |
| | | | |
| | | Total Cash/Electronic Disbursements | $ 1,053.21 |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | | | See attached Page 2 Detail | $ 1,559.19 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total checks listed on this page** | | | | $ 1,559.19 |
| **Total checks listed on continuation pages** | | | | $   - |

| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | $ 2,612.40 |
|---|---|

| Salary / Payroll | Pay Date | Gross Pay | less | Net Pay* | = | Payroll Deductions |
|---|---|---|---|---|---|---|
| Debtor | | | | | | $   - |
| | | | | | | $   - |
| | | | | | | $   - |
| | | | | | | $   - |
| | | | | | | $   - |
| Co-Debtor | | | | | | $   - |
| | | | | | | $   - |
| | | | | | | $   - |
| | | | | | | $   - |
| | | | | | | $   - |
| | | | Total Payroll Deductions - report on page 2 | | | $   - |

\* Net Pay should include direct deposits made by your employer to your checking and savings accounts.

DBA BUSINESS ENTITY

## CURRENT MONTH'S RECEIPTS AND DISBURSEMENTS

| Attach a copy of the Bank Statements to the Report | BANK ACCOUNTS | | | Total |
|---|---|---|---|---|
| | Operating | Payroll | Tax | |
| | # 768 541 278 | # | # | |

| Balance at Beginning of Period | See Page 4a for Checking Account Beginning Balance | | | $ - |
|---|---|---|---|---|

| RECEIPTS | | | | | |
|---|---|---|---|---|---|
| Cash Sales (Rents) | | $ 5,685.85 | | | $ 5,685.85 |
| Accounts Receivable - Pre-petition | | | | | $ - |
| Accounts Receivable - Post-petition | | | | | $ - |
| Loans and Advances | | | | | $ - |
| Sale of Assets | | | | | $ - |
| Transfers from Other DIP Accounts | | | | | $ - |
| Other (attach list) | | | | | $ - |
| | | | | | $ - |
| TOTAL RECEIPTS | $ - | $ 5,685.85 | $ - | $ - | $ 5,685.85 |

| DISBURSEMENTS | | | | | |
|---|---|---|---|---|---|
| Business - Ordinary Operations | | $ 1,785.85 | | | $ 1,785.85 |
| Capital Improvements | | | | | $ - |
| Pre-Petition Debt | | | | | $ - |
| Transfers to Other DIP Accounts | | | | | $ - |
| Other (attach list) | | $ - | | | $ - |
| | | | | | $ - |
| | | | | | $ - |
| **Reorganization Expenses:** | | | | | |
| Attorney Fees | | | | | $ - |
| Accountant Fees | | | | | $ - |
| Other Professional Fees | | | | | $ - |
| U. S. Trustee Quarterly Fee | | | | | $ - |
| Court Costs | | | | | $ - |
| | | | | | |
| **TOTAL DISBURSEMENTS** | $ - | $ 1,785.85 | $ - | $ - | $ 1,785.85 | *

| Balance at End of Month | See Page 4a for Checking Account Ending Balance | | | |
|---|---|---|---|---|

*Information provided above should reconcile with balance sheet and income statement amounts

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements From Above | $ 1,785.85 | *
| Less: Transfers to Other DIP Accounts | |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| Disbursements for Calculating Quarterly Fees (carry forward to page 2) | $ 1,785.85 |

## Business Checks Issued

| Date | Check # | Description | Business | Bluejay | 103rd Ln | Chaparosa | Madison | Myrtle Ave | Matt Dillon | Soboba | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/01/09 | 2060 | NPG Gas | | $ 87.07 | | | | | | | $ 87.07 |
| 12/03/09 | 2061 | City of Peoria 2010 License | | | $ 45.00 | $ 45.00 | | | | | $ 90.00 |
| 12/15/09 | 2102 | Home Depot | | | $ 6.46 | | | | | | $ 6.46 |
| 12/16/09 | 2067 | City of Phoenix Tax | | | | | | | $ 33.33 | | $ 33.33 |
| 12/17/09 | 2073 | SRP Deposit | | | | | | $ 175.00 | | | $ 175.00 |
| 12/18/09 | 2065 | Roosevelt Park HOA | | | | | $ 164.25 | | | | $ 164.25 |
| 12/18/09 | 2066 | City of Peoria Tax | | | $ 28.80 | $ 30.51 | | | | | $ 59.31 |
| 12/21/09 | 2075 | Dove Valey HOA Fine | | | | | | | $ 35.00 | | $ 35.00 |
| 12/22/09 | 2072 | Vistancia HOA | | | | $ 252.00 | | | | | $ 252.00 |
| 12/22/09 | 2077 | A Best Security- New Locks | | | | | | $ 52.02 | | | $ 52.02 |
| 12/22/09 | 2076 | Rovey Farm HOA Fine | | | | | | $ 15.00 | | | $ 15.00 |
| 12/22/09 | 2108 | Home Depot | | | | | | $ 8.85 | | | $ 8.85 |
| 12/29/09 | 2106 | Carpet Cleaning | | | | | | $ 179.00 | | | $ 179.00 |
| | | | | | | | | | | | $ - |
| | | | | | | | | | | | $ - |
| | | | | | | | | | | | $ - |
| | | | | | | | | | | | $ - |
| | | | | | | | | | | | $ - |
| | | **Check Disbursements:** | $ - | $ 87.07 | $ 80.26 | $ 327.51 | $ 164.25 | $ 429.87 | $ 68.33 | $ - | $ 1,157.29 |

## Business Expenses - Electronic Disbursements

| Date | Check # | Description | Business | Bluejay | 103rd Ln | Chaparosa | Madison | Myrtle Ave | Matt Dillon | Soboba | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/03/09 | | Direct TV | | $ 90.28 | | | | | | | $ 90.28 |
| 12/09/09 | | APS | | $ 58.81 | | | | | | | $ 58.81 |
| 12/10/09 | | Unisource Gas | | $ 176.68 | | | | | | | $ 176.68 |
| 12/08/09 | | City of Flagstaff | | $ 42.51 | | | | | | | $ 42.51 |
| 12/14/09 | | Rovey Farms | | | | | | $ 65.00 | | | $ 65.00 |
| 12/16/09 | | Ironwood HOA | | | | $ 105.00 | | | | | $ 105.00 |
| 12/31/09 | | Direct TV | | $ 90.28 | | | | | | | $ 90.28 |
| | | | | | | | | | | | $ - |
| | | **Electronic Disbursements:** | $ - | $ 458.56 | $ - | $ 105.00 | $ - | $ 65.00 | $ - | $ - | $ 628.56 |

**Business Disbursement Totals:** $ 1,785.85

**Mike & Irena Zitta**
**December, 2009**
Case No. 2-09-1954-SSC
Chase Checking Account #768 541 278

## Business Expenses - Cash Disbursements

| Date | Check # | Description | Business | Bluejay | 103rd Ln | Chaparosa | Madison | Myrtle Ave | Matt Dillon | Soboba | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | $ - |
| | | | | | | | | | | | $ - |
| | | | | | | | | | | | $ - |
| | | | | | | | | | | | $ - |
| | | | | | | | | | | | $ - |
| | | | | | | | | | | | $ - |
| | | | | | | | | | | | $ - |
| | | | | | | | | | | | $ - |
| | | Cash Disbursements: | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

## Receipts - Real Estate Rents

| Date | Description | Business | Bluejay | 103rd Ln | Chaparosa | Madison | Myrtle Ave | Matt Dillon | Soboba | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | Rent | | | $ 1,630.00 | | | | | | $ 1,630.00 |
| | Rent | | | | | | | | $ 1,110.00 | $ 1,110.00 |
| | Partial Rent | | | | | | | $ 200.00 | | $ 200.00 |
| | Rent | | | | $ 1,745.85 | | | | | $ 1,745.85 |
| | Rent | | | | | | | $ 1,000.00 | | $ 1,000.00 |
| | | | | | | | | | | $ - |
| | | | | | | | | | | $ - |
| | | | | | | | | | | $ - |
| | | | | | | | | | | $ - |
| | Total Receipts: | $ - | $ - | $ 1,630.00 | $ 1,745.85 | $ - | $ - | $ 1,200.00 | $ 1,110.00 | $ 5,685.85 |

Mike & Irena Zitta
**Case No.: 2-09-19154-SSC**
Chase Checking  Acct. # 768 541 278 Recap

| Date | Description | Amount |
|------|-------------|--------|
| 11/30/09 | Opening Balance | **$ 37,413.40** |
|  |  |  |
| Dec., 09 | Deposits Personal | $   1,805.90 |
| Dec., 09 | Deposits Business | $   5,685.85 |
| Dec., 09 | Disbursements Personal | $  (2,612.40) |
| Dec., 09 | Disbursements Business | $  (1,785.85) |
|  |  |  |
| 12/31/09 | Ending Balance | **$ 40,506.90** |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

# INCOME STATEMENT

### (Cash Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals,
(2) year-to-date and filing-to-date information is provided, and (3) if reorganization expenses are segregated in the statement.

| REVENUES | Current Month | Year to Date | Total Since Filing | Prior Month Since Filing |
|---|---|---|---|---|
| Gross Revenue | $ 5,685.85 | | $ 23,949.01 | $ 18,263.16 |
| Less: Returns & Discounts | | | $ - | |
| Net Revenue | $ 5,685.85 | $ - | $ 23,949.01 | $ 18,263.16 |

| COST OF GOODS SOLD | | | | |
|---|---|---|---|---|
| Material | | | $ - | |
| Direct Labor | | | $ - | |
| Direct Overhead (attach detail) | | | $ - | |
| Total Cost of Goods Sold | $ - | $ - | $ - | $ - |

| GROSS PROFIT | $ 5,685.85 | $ - | $ 23,949.01 | $ 18,263.16 |
|---|---|---|---|---|

| OPERATING EXPENSES | | | | |
|---|---|---|---|---|
| Officer/Insider Compensation | | | $ - | |
| Selling & Marketing (attach detail) | | | $ - | |
| General & Administrative (attach detail) | | | $ - | |
| Other Expenses (attach detail) | $ 1,785.85 | | $ 5,274.50 | $ 3,488.65 |
| Total Operating Expenses | $ 1,785.85 | $ - | $ 5,274.50 | $ 3,488.65 |

| Income Before Non-operating Income and Expense | $ 3,900.00 | $ - | $ 18,674.51 | $ 14,774.51 |
|---|---|---|---|---|

| OTHER INCOME & EXPENSE | | | | |
|---|---|---|---|---|
| Other Income (attach list) | | | $ - | |
| Other Expense (attach list) | | | $ - | |
| Interest Expense | | | $ - | |
| Depreciation/Depletion | | | $ - | |
| Amortization | | | $ - | |
| Net Other Income & Expense | $ - | $ - | $ - | $ - |

| Income Before Reorganization Expense | $ 3,900.00 | $ - | $ 18,674.51 | $ 14,774.51 |
|---|---|---|---|---|

| REORGANIZATION EXPENSES | | | | |
|---|---|---|---|---|
| Professional Fees | $ - | | $ 439.00 | $ 439.00 |
| U.S. Trustee Fees | $ - | | $ 325.00 | $ 325.00 |
| Other (attach list) | $ - | | $ - | $ - |
| Total Reorganization Expenses | $ - | $ - | $ 764.00 | $ 764.00 |

| Income Tax | | | | |
|---|---|---|---|---|

| NET PROFIT OR (LOSS) | $ 3,900.00 | $ - | $ 18,674.51 | $ 14,774.51 |
|---|---|---|---|---|

Page 5

# COMPARATIVE BALANCE SHEET

(Accrual Basis)

*Debtor's form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals, (2) current and prior period information is provided, and (3) if pre-petition and post-petition liabilities are segregated.

| ASSETS | SCHEDULE AMOUNT[1] | CURRENT MONTH | PRIOR MONTH |
|---|---|---|---|
| Unrestricted Cash | | | |
| Restricted Cash | | | |
|     Total Cash | $ - | $ - | $ - |
| Accounts Receivable (net) | | | |
| Inventory | | | |
| Notes Receivable | | | |
| Prepaid Expenses | | | |
| Other (attach list) | | $ 3,600.00 | $ 3,600.00 |
|     Total Current Assets | $ - | $ 3,600.00 | $ 3,600.00 |
| Property, Plant & Equipment | | $ 2,458,977.00 | $ 2,458,977.00 |
|   Less: Accumulated Depreciation | | $ 89,774.00 | $ 89,774.00 |
|   Net Property, Plant & Equip. | $ - | $ 2,369,203.00 | $ 2,369,203.00 |
| Due From Insider(s) | | | |
| Other Assets - net (attach list) | | $ 28,000.00 | $ 28,000.00 |
| Other (attach list) | | | |
| TOTAL ASSETS | $ - | $ 2,400,803.00 | $ 2,400,803.00 |
| **POST-PETITION LIABILITIES** | | | |
| Accounts Payable | | | |
| Taxes Payable | | | |
| Notes Payable | | $ (2,423,622.20) | $ (2,423,622.20) |
| Professional Fees | | | |
| Secured Debt | | | |
| Other (attach list) | | | |
|     Total Post-Petition Liabilities | $ - | $ (2,423,622.20) | $ (2,423,622.20) |
| **PRE-PETITION LIABILITIES** | | | |
| Secured Debt | | | |
| Priority Debt | | | |
| Unsecured Debt | | | |
| Other (attach list) | | $ (138,098.08) | $ (138,098.08) |
|     Total Pre-Petition Liabilities | $ - | $ (138,098.08) | $ (138,098.08) |
| TOTAL LIABILITIES | $ - | $ (2,561,720.28) | $ (2,561,720.28) |
| **EQUITY** | | | |
| Pre-petition Owner's Equity | | | |
| Post-Petition Cumulative Profit/Loss | | | |
| Direct Charges to Equity (explain) | | | |
|     Total Equity | $ - | $ - | $ - |
| TOTAL LIABILITIES & OWNER'S EQUITY | $ - | $ (2,561,720.28) | $ (2,561,720.28) |

[1] This column should reflect the information provided in Schedules A, B, C, D, E, and F filed with the Court

Page 6

Mike & Irena Zitta
Security Deposits Held By Zitta
As of 11/30/09
Case No.: 2-09-19154-SSC

| Description | | |
|---|---|---|
| Matt Dillon | $ 1,500.00 | |
| 103rd Lane | $ 1,700.00 | |
| Chaparosa (Lease Purchase) | $ - | |
| Flagstaff | $ 400.00 | |
| | | |
| Total Refundable Deposits | $ 3,600.00 | |
| | | |
| | | |
| **Other Assets:** | | |
| 2007 Nissan Armada | $ 28,000.00 | |

**Mike & Irena Zitta**
**November, 2009**
Case No. 2-09-1954-SSC
Real Estate Summary

| Description | Address | Parcel No. | Purchase Date | Purchase Price | Monthly Payment | Payments Due | Last Payment | Loan Balance | Zillow Value @ 11/22/09 |
|---|---|---|---|---|---|---|---|---|---|
| Rental - Flagstaff | 5100 E. Bluejay Ln. Flagstaff, AZ 86004 | 117-18-130 | 11/22/95 | $ 183,000 | $ 3,172.50 | $ 23,360.05 | 01/01/09 | $ 587,360 | $ 453,500 |
| Rental - 103rd Ln. | 23062 N. 103rd Ln. Peoria, AZ 85383 | 200-10-751 | 11/01/06 | $ 611,500 | $ 2,989.41 | $ 18,917.96 | 02/01/09 | $ 371,763 | $ 284,000 |
| Rental - Chaparosa | 13371 W. Chaparosa Way Peoria, AZ 85383 | 510-02-500 | 06/22/07 | $ 345,167 | $ 1,848.78 | $ 20,513.15 | 02/01/09 | $ 289,341 | $ 260,000 |
| Rental - Madison | 16006 W. Madison St. Avondale, AZ | 101-01-743 | 03/09/07 | $ 346,810 | $ 1,720.32 | $ 12,848.52 | 02/01/09 | $ 277,448 | $ 250,000 No Zillow value |
| Rental - Myrtle Ave. | 8357 W. Myrtle Ave. Glendale, AZ | 142-28-445 | 06/14/07 | $ 419,000 | $ 1,807.17 | $ 15,794.20 | 02/01/09 | $ 367,528 | $ 235,500 |
| Rental - Matt Dillon | 4704 E. Matt Dillon Trail Cave Creek, AZ | 211-60-247 | 03/02/04 | $ 300,000 | $ 1,737.45 | $ 11,829.02 | 02/01/09 | $ 302,770 | $ 316,000 |
| Rental - Soboba | 4031 S. Sobaba St. Gilbert, AZ | 313-03-895 | 10/10/07 | $ 253,500 | $ 1,737.45 | $ 11,179.02 | 02/01/09 | $ 227,413 | $ 192,000 |
| | | | | | | | | | |
| | | | | $ 2,458,977 | $ 15,013.08 | $ 114,441.92 | | $ 2,423,622 | $ 1,991,000 |

Mike & Irena Zitta
Business Liabilities
As of 11/30/09
Case No.: 2-09-19154-SSC

| Description | Last Four | Outstanding Balance |
|---|---|---|
| **Credit Cards** | | |
| Sears MC | 2223 | $ 2,561.00 |
| Discover | 1110 | $ 1,595.00 |
| Citi | 7443 | $ 11,932.00 |
| U S Bank - MZ | 7848 | $ 4,342.00 |
| U S Bank - MZ | 3446 | $ 10,442.00 |
| U S Bank - MZ | 4957 | $ 18,676.00 |
| Chase | 0064 | $ 9,306.00 |
| Chase | 3102 | $ 4,510.00 |
| Chase - United | 5622 | $ 14,735.00 |
| Chase - MZ | 1410 | $ 12,544.00 |
| Chase - ZE | 7945 | $ 21,341.00 |
| Wells Fargo | 7886 | $ 4,288.00 |
| **Total Credit Cards:** | | $ 116,272.00 |
| | | |
| **Automobile Loan** | | |
| Nissan Armada | | $ 21,826.08 |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Other Liabilities:** | | $ 138,098.08 |

# Mike & Irena Zitta
## Real Estate Depreciation
### As of 11/30/09
### Case No.: 2-09-19154-SSC

| | Address | City | Purchase Date | Prior Depr. Exp. | 2007 Depr. Exp. | 2008 Depr. Exp. | Total Depr. Exp. |
|---|---|---|---|---|---|---|---|
| | **Rental Properties:** | | | | | | |
| A | 5100 E. Blue Jay Lane | Flagstaff | 11/22/95 | | $ 633 | $ 561 | $ 1,194 |
| B | 4704 E. Matt Dillon Trail | Cave Creek | 03/02/04 | | $ - | $ 8,694 | $ 8,694 |
| C | 16006 W. Madison St. | Avondale | 03/09/07 | | $ 8,558 | $ 10,978 | $ 19,536 |
| D | 13371 W. Chaparosa Way | Peoria | 06/22/07 | | $ 6,139 | $ 11,180 | $ 17,319 |
| E | 8357 W. Myrtle Ave. | Glendale | 06/14/07 | | $ 6,929 | $ 12,730 | $ 19,659 |
| F | 4031 S. Sobaba St. | Gilbert | 10/10/07 | | $ - | $ 9,892 | $ 9,892 |
| G | 23062 N. 103rd Lane | Peoria | 11/01/06 | | $ - | $ 13,480 | $ 13,480 |
| | | | | | | | |
| | **Total Depreciation Expense:** | | | $ - | $ 22,259 | $ 67,515 | $ 89,774 |

*Information provided on this page should reconcile with balance sheet amounts

| ACCOUNTS RECEIVABLE | TOTAL | 0-30 Days | 31-60 Days | 60+ Days |
|---|---|---|---|---|
| Total Accounts Receivable | $          - | | | |
| Less Amount Considered Uncollectible | $          - | | | |
| Net Accounts Receivable | $          - | $          - | $          - | $          - |

| DUE FROM INSIDER | | |
|---|---|---|
| Schedule Amount | | |
| Plus: Amount Loaned Since Filing Date | | |
| Less: Amount Collected Since Filing Date | | |
| Less: Amount Considered Uncollectible | | |
| Net Due From Insiders | $          - | |

| INVENTORY | | |
|---|---|---|
| Beginning Inventory | | |
| Plus:  Purchases | | |
| Less:  Cost of Goods Sold | | |
| Ending Inventory | $          - | |

Date Last Inventory was taken: _____

| FIXED ASSETS | SCHEDULE | ADDITIONS | DELETIONS | CURRENT AMOUNT |
|---|---|---|---|---|
| Real Property | | | | |
| Buildings | | | | $   2,458,977.00 |
| Accumulated Depreciation | | | | $        89,774.00 |
| Net Buildings | $          - | $          - | $          - | $   2,369,203.00 |
| Equipment | | | | $          - |
| Accumulated Depreciation | | | | $          - |
| Net Equipment | $          - | $          - | $          - | $          - |
| Autos/Vehicles | | | | $          - |
| Accumulated Depreciation | | | | $          - |
| Net Autos/Vehicles | $          - | $          - | $          - | $          - |

Provide a description of fixed assets added or deleted during the reporting period; include the date of Court order:

_____

_____

_____

Page 7

# STATUS OF LIABILITIES
# AND SENSITIVE PAYMENTS

*Information provided on this page should reconcile with balance sheet and disbursement detail amounts

| POST-PETITION LIABILITIES | Total | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|---|---|
| Accounts Payable * | $ - | | | | |
| Taxes Payable | $ - | | | | |
| Notes Payable | $ - | | | | |
| Professional Fees Payable | $ - | | | | |
| Secured Debt | $ - | | | | |
| Other (attach list) | $ - | | | | |
| | | | | | |
| **Total Post-Petition Liabilities** | $ - | $ - | $ - | $ - | $ - |

***DEBTOR MUST ATTACH AN AGED ACCOUNTS PAYABLE LISTING**

# PAYMENTS TO INSIDERS AND PROFESSIONALS

| Insiders | | | |
|---|---|---|---|
| Name | Reason for Payment | Amount Paid this Month | Total Paid to Date |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Total Payments to Insiders** | | $ - | $ - |

| Professionals | | | | |
|---|---|---|---|---|
| Name | Date of Court Order Authorizing Payment | Amount Approved | Amount Paid this Month | Total Paid to Date |
| | | | | |
| | | | | |
| | | | | |
| **Total Payments to Professionals** | | $ - | $ - | $ - |

Page 8

## QUESTIONAIRE

|  | YES | NO |
|---|---|---|
| Have funds been disbursed from any accounts other than a Debtor-in-Possession account? |  | x |
| Are any post-petition receivables (accounts, notes or loans) due from related parties? |  | x |
| Are any wages past due? |  | x |
| Are any U. S. Trustee quarterly fees delinquent? |  | x |

Provide a detailed explanation of any "YES" answers to the above questions (attach additional sheets if needed).

_____

_____

_____

Current number of employees:      -0-

**INSURANCE**

| Carrier & Policy Number | Type of Policy | Period Covered | Payment Amount & Frequency |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**What steps have been taken to remedy the problems which brought on the chapter 11 filing?**

In the process of hiring new Property Management Company and removing marginal tenants.

_____

_____

**Identify any matters that are delaying the filing of a plan of reorganization:**

Appraisals are nearly completed so process of the loan modification could begin soon.

_____

_____

Page 9

**Zitta's Cash Expenses     12/1/2009 - 12/31/2009**

Case # 2-09-19154-SSC

| Date | | Grocery | Gasoline | Office | Misc | Check Number | Check Date |
|------|---|---------|----------|--------|------|--------------|------------|
| 30-Nov | Gas | | $ 50.00 | | | | |
| 3-Dec | Bashas | $ 2.05 | | | | | |
| 3-Dec | Post Office | | | $ 2.75 | | | |
| 3-Dec | 00c store | $ 29.60 | | | | | |
| 3-Dec | Goodwill | | | | $ 2.00 | | |
| 6-Dec | Safeway | $ 3.86 | | | | | |
| 6-Dec | Gas | | $ 50.00 | | | | |
| 7-Dec | Gas | | $ 20.00 | | | | |
| 7-Dec | Savers | | | | $ 3.22 | | |
| 9-Dec | Gas | | $ 30.00 | | | | |
| 9-Dec | MacDonald | | | | $ 5.39 | | |
| 11-Dec | Gas | | $ 49.00 | | | | |
| 11-Dec | El Polo | | | | $ 3.27 | | |
| 12-Dec | Subway | | | | $ 5.46 | | |
| 12-Dec | 99c store | $ 13.38 | | | | | |
| 15-Dec | Gas | | $ 50.00 | | | | |
| 17-Dec | Gas | | $ 58.04 | | | | |
| 17-Dec | 99c Store | | | | $ 21.70 | | |
| 17-Dec | Goodwill | | | | $ 3.00 | | |
| 20-Dec | Big Apple Bagels | $ 6.52 | | | | | |
| 21-Dec | Dollar Tree | $ 5.44 | | | | | |
| 21-Dec | Gas | | $ 20.00 | | | | |
| 24-Dec | Dollar Tree | $ 4.00 | | | | | |
| 26-Dec | Gas | | $ 50.00 | | | | |
| **Totals** | | **$ 64.85** | **$ 377.04** | **$ 2.75** | **$ 44.04** | | |
| | | | | | **$ 488.68** | 2078 | 12/29/2009 |

# Chase Online

**Note for former WaMu customers:** Learn more about using Chase.com to manage your accounts.

### Details for BUSINESS CLASSIC (...1278)

| | | | |
|---|---|---|---|
| Present Balance | $40,506.90 | Uncollected funds – Total | $0.00 |
| Available Balance | $40,506.90 | | |
| Available Credit | $0.00 | | |
| Available Plus Credit | $40,506.90 | | |

## Show me...    All Transactions                    Next >

Transaction Results (1 - 32) for BUSINESS CLASSIC (...1278)          Search Transactions

| Date | Type | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 12/31/2009 | Misc. Debit | CHECK # 2117 SPROUTS FARMERS PURCHASE AVONAZ POP ID: 9038104214 | $11.10 | | $40,506.90 |
| 12/31/2009 | Check | CHECK # 2118    (view)   *FRY'S* | $32.96 | | $40,518.00 |
| 12/31/2009 | Bill Payment | Online Payment 726880151 To DIRECTV   *FLAGSTAFF* | $90.28 | | $40,550.96 |
| 12/30/2009 | Check | CHECK # 2115    (view)   *TRADER JOE* | $30.33 | | $40,641.24 |
| 12/30/2009 | ACH Debit | NORTH AMERICAN L INS. PREM. PPD ID: 3941516991 | $72.63 | | $40,671.57 |
| 12/29/2009 | Misc. Debit | CHECK # 2116 WAL-MART STORES PURCHASE GOODAZ POP ID: 9037015369 | $35.39 | | $40,744.20 |
| 12/29/2009 | Check | CHECK # 2106    (view)   *CARPET CLEANING MYRTLE* | $179.00 | | $40,779.59 |
| 12/29/2009 | Check | CHECK # 2078    (view)   *CASH* | $488.68 | | $40,958.59 |
| 12/29/2009 | Deposit | DEPOSIT    (view)   *CAMMDA SOC. SEC.* | | $605.08 | $41,447.27 |
| 12/28/2009 | Misc. Debit | CHECK # 2114 WALGREEN CO. ECHECK BOC ID: 30015531W2 | $8.66 | | $40,842.19 |
| 12/28/2009 | Deposit | DEPOSIT ID NUMBER 816742    (view)   *MATT DILLON* | | $1,000.00 | $40,850.85 |
| 12/24/2009 | Misc. Debit | CHECK # 2113 SPROUTS FARMERS PURCHASE AVONAZ POP ID: 9038104214 | $17.26 | | $39,850.85 |
| 12/24/2009 | Check | CHECK # 2112    (view)   *FRY'S* | $37.31 | | $39,868.11 |
| 12/23/2009 | Check | CHECK # 2107    (view)   *BASHAS* | $13.16 | | $39,905.42 |
| 12/23/2009 | Bill Payment | Online Payment 717821803 To DIRECTV   *GOODYEAR* | $78.44 | | $39,918.58 |
| 12/22/2009 | Check | CHECK # 2108    (view)   *HOME DEPOT – MYRTLE PARTS* | $8.85 | | $39,997.02 |
| 12/22/2009 | Check | CHECK # 2076    (view)   *ROUST FARM HOA* | $15.00 | | $40,005.87 |
| 12/22/2009 | Check | CHECK # 2110    (view)   *SAFEWAY* | $16.44 | | $40,020.87 |
| 12/22/2009 | Misc. Debit | CHECK # 2109 WAL-MART STORES PURCHASE GOODAZ POP ID: 9037015369 | $32.44 | | $40,037.31 |
| 12/22/2009 | Misc. Debit | CHECK # 2075 HOA Assoc. Dues Payment ARC ID: 9122105757   *DOUR VALLEY* | $35.00 | | $40,069.75 |

| 12/22/2009 | Check | CHECK # 2077 | (view) | A BEST SECURITY KEYS MYRTLE | $52.02 | $40,104.75 |
| 12/22/2009 | Check | CHECK # 2111 | (view) | SAMS CLUB | $63.52 | $40,156.77 |
| 12/22/2009 | Check | CHECK # 2072 | (view) | HOA - VISTANCIA | $252.00 | $40,220.29 |
| 12/21/2009 | ACH Debit | PHX NEWS INC AZ REP PPD ID: 2860937358 | | | $17.77 | $40,472.29 |
| 12/18/2009 | Check | CHECK # 2064 | (view) | CITY OF GOODYEAR | $22.80 | $40,490.06 |
| 12/18/2009 | Check | CHECK # 2070 | (view) | LITCHFIELD PARK | $48.33 | $40,512.86 |
| 12/18/2009 | Check | CHECK # 2066 | (view) | CITY OF PEORIA 28.80 1043RD 30.51 CHAR. | $59.31 | $40,561.19 |
| 12/18/2009 | Check | CHECK # 2105 | (view) | CVS PHARMACY | $72.64 | $40,620.50 |
| 12/18/2009 | Check | CHECK # 2065 | (view) | ROSUELT PARK HOA | $164.25 | $40,693.14 |
| 12/18/2009 | Check | CHECK # 2074 | (view) | NATIONAL LABS | $181.30 | $40,857.39 |
| 12/17/2009 | Bill Payment | Online Payment 717073155 To QWEST | | | $71.09 | $41,038.69 |
| 12/17/2009 | Misc. Debit | CHECK # 2069 HOA Assoc. Dues Payment ARC ID: 9122105757  IRONWOOD HOA | | | $105.00 | $41,109.78 |
| 12/17/2009 | Misc. Debit | CHECK # 2071 FLETCHER'S TIRE PURCHASE GOODAZ POP ID: 9020060744 | | | $136.99 | $41,214.78 |
| 12/17/2009 | Check | CHECK # 2073 | (view) | SRP MYRTLE | $175.00 | $41,351.77 |
| 12/16/2009 | Check | CHECK # 2104 | (view) | ROSS | $26.48 | $41,526.77 |
| 12/16/2009 | Check | CHECK # 2067 | (view) | CITY OF PHX | $33.33 | $41,553.25 |
| 12/15/2009 | Check | CHECK # 2102 | (view) | HOME DEPOT 103RD | $6.46 | $41,586.58 |
| 12/15/2009 | Check | CHECK # 2101 | (view) | MUD - D.L. | $10.00 | $41,593.04 |
| 12/15/2009 | ACH Debit | UNITED OMAHA HTH DEC INSPRM PPD ID: 7470322111 | | | $84.44 | $41,603.04 |
| 12/15/2009 | ACH Debit | MUTUAL OF OMAHA DEC INSPRM PPD ID: 47-0246511 | | | $233.70 | $41,687.48 |
| 12/14/2009 | ACH Debit | ROVEY FARM HOA HOA FEES PPD ID: 12-1588429 | | | $65.00 | $41,921.18 |
| 12/14/2009 | Misc. Debit | CHECK # 2103 WALGREEN CO. ECHECK BOC ID: 30015531W2 | | | $69.93 | $41,986.18 |
| 12/11/2009 | Check | CHECK # 2100 | (view) | WARNER BR MOVS. | $21.68 | $42,056.11 |
| 12/11/2009 | Bill Payment | Online Payment 710577885 To CHASE AUTO FINANCE | | | $288.00 | $42,077.79 |
| 12/10/2009 | Bill Payment | Online Payment 712234295 To UNISOURCE GAS INC | | | $176.68 | $42,365.79 |
| 12/09/2009 | Check | CHECK # 2063 | (view) | Dr PALMER | $12.00 | $42,542.47 |
| 12/09/2009 | ACH Debit | APS APSCOM EP 071701281 WEB ID: 1860011170  /FLAG 58.81 GOOD 58.14 | | | $116.95 | $42,554.47 |
| 12/09/2009 | ACH Credit | US TREASURY 303 SOC SEC PPD ID: 3031036030 | | $399.00 | | $42,671.42 |
| 12/09/2009 | ACH Credit | US TREASURY 303 SOC SEC PPD ID: 3031036030 | | $449.00 | | $42,272.42 |
| 12/08/2009 | Check | CHECK # 2099 | (view) | BASHAS | $24.10 | $41,823.42 |
| 12/08/2009 | Misc. Debit | CHECK # 2098 WAL-MART STORES PURCHASE GOODAZ POP ID: 9037015369 | | | $37.13 | $41,847.52 |
| 12/08/2009 | ACH Debit | CITY OF FLAGSTAF UT BILL PPD ID: 2866000244 | | | $42.51 | $41,884.65 |

| | | | | | |
|---|---|---|---|---|---|
| 12/07/2009 | ACH Debit | VERIZON WIRELESS PAYMENTS PPD ID: 4223344794 | $34.71 | | $41,927.16 |
| 12/07/2009 | Deposit | DEPOSIT ID NUMBER 13671 (view) MATT DILLON | | $200.00 | $41,961.87 |
| 12/07/2009 | Deposit | DEPOSIT ID NUMBER 709464 (view) CIMARROSA | | $1,745.85 | $41,761.87 |
| 12/04/2009 | Deposit | DEPOSIT ID NUMBER 270914 (view) SOBOBA | | $1,110.00 | $40,016.02 |
| 12/03/2009 | Bill Payment | Online Payment 702771695 To SOUTHWEST GAS CORPORATION | $22.71 | | $38,906.02 |
| 12/03/2009 | Check | CHECK # 2061 (view) CITY OF PEORIA | $90.00 | | $38,928.73 |
| 12/03/2009 | Bill Payment | Online Payment 706490817 To DIRECTV FLAG | $90.28 | | $39,018.73 |
| 12/03/2009 | Deposit | DEPOSIT (view) IRS REFUND | | $352.82 | $39,109.01 |
| 12/02/2009 | Check | CHECK # 2095 (view) SAFEWAY | $5.88 | | $38,756.19 |
| 12/02/2009 | Misc. Debit | CHECK # 2097 SPROUTS FARMERS PURCHASE AVONAZ POP ID: 9038104214 | $15.06 | | $38,762.07 |
| 12/02/2009 | Check | CHECK # 2094 (view) ALBERTSON | $21.85 | | $38,777.13 |
| 12/02/2009 | ACH Debit | NORTH AMERICAN L INS. PREM. PPD ID: 3941516991 | $72.63 | | $38,798.98 |
| 12/02/2009 | Check | CHECK # 2060 (view) NPG GAS | $87.07 | | $38,871.61 |
| 12/02/2009 | Deposit | DEPOSIT ID NUMBER 310989 (view) 103 RD | | $1,630.00 | $38,958.68 |
| 12/01/2009 | Misc. Debit | CHECK # 2096 WAL-MART STORES PURCHASE GOODAZ POP ID: 9037015369 | $18.89 | | $37,328.68 |
| 12/01/2009 | Check | CHECK # 2059 (view) LITCHFIELD PARK | $46.88 | | $37,347.57 |
| 12/01/2009 | Misc. Debit | CHECKING SUPPLIES (BANK) | $18.95 | | $37,394.45 |
| 11/30/2009 | Check | CHECK # 2093 (view) | $61.49 | | $37,413.40 |
| 11/30/2009 | Check | CHECK # 2062 (view) | $395.44 | | $37,474.89 |
| 11/30/2009 | Deposit | DEPOSIT ID NUMBER 880303 (view) | | $350.00 | $37,870.33 |
| 11/30/2009 | Deposit | DEPOSIT (view) | | $601.15 | $37,520.33 |
| 11/30/2009 | Deposit | DEPOSIT ID NUMBER 638104 (view) | | $800.00 | $36,919.18 |
| 11/27/2009 | Check | CHECK # 2092 (view) | $9.01 | | $36,119.18 |
| 11/27/2009 | Check | CHECK # 2150 (view) | $61.39 | | $36,128.19 |
| 11/25/2009 | Bill Payment | Online Payment 705300714 To CHASE AUTO FINANCE | $576.00 | | $36,189.58 |
| 11/24/2009 | Check | CHECK # 2149 (view) | $17.74 | | $36,765.58 |
| 11/24/2009 | Misc. Debit | CHECK # 2091 WAL-MART STORES PURCHASE GOODAZ POP ID: 9037015369 | $44.21 | | $36,783.32 |
| 11/24/2009 | Deposit | DEPOSIT ID NUMBER 270915 (view) | | $1,185.00 | $36,827.53 |
| 11/23/2009 | Bill Payment | Online Payment 698331517 To DIRECTV | $78.44 | | $35,642.53 |
| 11/20/2009 | ACH Debit | PHX NEWS INC AZ REP PPD ID: 2860937358 | $19.27 | | $35,720.97 |
| 11/20/2009 | Check | CHECK # 2148 (view) | $59.09 | | $35,740.24 |
| 11/20/2009 | Deposit | DEPOSIT ID NUMBER 279007 (view) | | $150.00 | $35,799.33 |