# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | MIKE & IRENA ZITTA | | |
| **Case Number:** | 2:09-bk-19154-SSC | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, JANUARY 06, 2010 01:30 PM   7TH FLOOR #701 | | |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY | | |
| **Courtroom Clerk:** | WANDA GARBERICK | | |
| **Reporter / ECR:** | ANDAMO PURVIS | | |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY AURORA LOAN SERVICES

**R / M #:**   27 / 0

## *Appearances:*

JESSICA KENNEY, ATTORNEY FOR AURORA LOAN SERVICES

## *Proceedings:*

Ms. Kenney states that the loan is in default since March 2009, and that a stipulation was sent out, but not responded to.  She asked for stay relief.

COURT: IT IS ORDERED VACATING THE STAY AND DIRECTING COUNSEL TO UPLOAD A FORM OF ORDER.