**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**



**Dated: January 11, 2010**

_____

**SARAH S. CURLEY**
**U.S. Bankruptcy Judge**

_____

1  Paul M. Levine  (007202)

2  Matthew A Silverman  (018919)
**McCarthy ◆ Holthus ◆ Levine**

3  3636 North Central Avenue
Suite 1050

4  Phoenix, AZ  85012

5  (602) 230-8726

6  Attorneys for Movant,
Aurora Loan Services, LLC, its assignees and/or successors

7

8  UNITED STATES BANKRUPTCY COURT

9  FOR THE DISTRICT OF ARIZONA

10  PHOENIX DIVISION

11

12  In re:

13

14  Mike Zitta,
Irena Zitta,

15

16                    Debtors.
_____

17  Aurora Loan Services, LLC, its assignees
and/or successors,

18

19                    Movant,

     v.

20

21  Mike Zitta, Irena Zitta, Debtors; and U.S.
Trustee,

22

23                    Respondents.

24  _____

| | |
|---|---|
| ) | In Proceedings Under |
| ) | |
| ) | Chapter  11 |
| ) | Case No. 2:09-bk-19154-SSC |
| ) | |
| ) | **ORDER TERMINATING** |
| ) | **AUTOMATIC STAY** |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |

25  Aurora Loan Services, LLC, its assignees and/or successors ("Movant"), having filed a

26  Motion for Relief from the Automatic Stay with respect to the hereinafter-described property

27  after appropriate notice and opportunity for a hearing, and good cause appearing,

28

29

1
2
**IT IS THEREFORE ORDERED** that:

Any and all stays against lien enforcement, including the automatic stay of 11 U.S.C. §
3
4
362(a) and the automatic injunction of 11 U.S.C. § 524(a), are hereby vacated with respect to
5
the property generally described as 8357 West Mytrle Avenue, Glendale, AZ 85305, and
6
Movant, its assignees and/or successors in interest, may proceed with a foreclosure of and hold
7
a Trustee's sale of the subject property pursuant to the state law, and thereafter commence any
8
action necessary to obtain complete possession of the subject property without further court
9
order or proceeding being necessary.

**IT IS FURTHER ORDERED** that:
10
11
The Moving Party, at its option, may offer, provide and enter into any potential
12
forbearance agreement, loan modification, refinance agreement or other loan workout/loss
13
mitigation agreement as allowed by state law.  The Movant may contact the Debtor via
14
telephone or written correspondence to offer such an agreement.  Any such agreement shall be
15
non-recourse unless included in a reaffirmation agreement.

DATED:
16
17
                                   _____

UNITED STATES BANKRUPTCY JUDGE
18
19
20
21
22
23
24
25
26
27
28
29