# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | MIKE & IRENA ZITTA |
| **Case Number:** | 2:09-bk-19154-SSC     **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, JANUARY 28, 2010 01:30 PM   7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | WANDA GARBERICK |
| **Reporter / ECR:** | ANDAMO PURVIS |

## Matters:

1) EXPEDITED HEARING ON EMERGENCY MOTION TO SET ASIDE ORDER AS TO CREDITOR AURORA LOAN SERVICES, LLC
   **R / M #:**   90 / 0

2) EXPEDITED HEARING ON EMERGENCY MOTION TO SET ASIDE ORDER AS TO CREDITOR HSBC MORTGAGE CORP.
   **R / M #:**   81 / 0

## Appearances:

JOSEPH W. CHARLES, ATTORNEY FOR MIKE ZITTA, IRENA ZITTA
JESSICA KENNEY, ATTORNEY FOR HSBC MORTGAGE CORP.

## Proceedings:

1,2)  Mr. Charles states that both matters have been settled. Ms. Kenney states the stipulation on record.

COURT: THE COURT WILL AWAIT THE PARTIES STIPULATIONS AND ORDERS.

Page 1 of 1

Case 2:09-bk-19154-SSC    Doc 107    Filed 01/28/10    Entered 02/01/10 10:36:27    Desc
Main Document    Page 1 of 1                                      02/01/2010  10:36:02AM