Recording Requested By:
AURORA LOAN SERVICES

When Recorded Return To:

ASSIGNMENT PREP
AURORA LOAN SERVICES
P.O. Box 1706
Scottsbluff, NE  69363-1706

---

## CORPORATE ASSIGNMENT OF DEED OF TRUST

Maricopa, Arizona
SELLER'S SERVICING #:0         "ZITTA"
OLD SERVICING #:  BK

MERS #: 100053030011751899 VRU #: 1-888-679-6377

Date of Assignment: January 26th, 2010
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC AS NOMINEE FOR AEGIS WHOLESALE CORPORATION IT'S SUCCESSORS AND ASSIGNS at 3300 S.W. 34TH AVENUE, SUITE 101, OCALA, FL  34474
Assignee: AURORA LOAN SERVICES LLC at 2617 COLLEGE PARK, SCOTTSBLUFF, NE  69361

Executed By: MIKE ZITTA, A MARRIED MAN, AS HIS SOLE AND SEPARATE PROPERTY  To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR AEGIS WHOLESALE CORPORATION
Date of Deed of Trust: 06/12/2007 Recorded: 06/22/2007  as Instrument No.: 2007-0717377  In Maricopa, Arizona

Property Address:  13371 WEST CHAPAROSA WAY, PEORIA, AZ  85383

   KNOW ALL MEN BY THESE PRESENTS that in consideration of the sum of TEN and NO/100ths DOLLARS and other good and valuable consideration, paid to the above named Assignor, the receipt and sufficiency of which is hereby acknowledged, said Assignor hereby assigns unto the above-named Assignee, the said Deed of Trust together with the Note or other evidence of indebtedness (the "Note"), said Note having an original principal sum of $275,740.00 with interest, secured thereby, together with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Deed of Trust.

   TO HAVE AND TO HOLD the said Deed of Trust and Note, and also the said property unto the said Assignee forever, subject to the terms contained in said Deed of Trust and Note.  IN WITNESS WHEREOF, the assignor has executed these presents the day and year first above written:

  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC AS NOMINEE FOR AEGIS WHOLESALE CORPORATION IT'S SUCCESSORS AND ASSIGNS
On January 26th, 2010

By: _____
THEODORE SCHULTZ, VICE PRESIDENT

STATE OF Nebraska
COUNTY OF Scotts Bluff

ON January 26th, 2010, before me, IRENE GUERRERO, a Notary Public in and for the County of Scotts Bluff County, State of Nebraska, personally appeared THEODORE SCHULTZ, VICE PRESIDENT, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

*[signature]*
IRENE GUERRERO
Notary Expires: 09/14/2013

GENERAL NOTARY - State of Nebraska
IRENE GUERRERO
My Comm. Exp. Sept. 14, 2013

(This area for notarial seal)