DAVID E. McALLISTER (AZ SBN 021551)
JOSEPHINE E. PIRANIO (AZ SBN 020630)
BRIAN PAINO (AZ SBN 027091)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
jsalmon@piteduncan.com

Attorneys for AURORA LOAN SERVICES, LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA - PHOENIX DIVISION

| | |
|---|---|
| In re<br><br>MIKE ZITTA AND IRENA ZITTA,<br><br>Debtor(s). | Case No. 2:09-BK-19154-SSC<br><br>Chapter 11<br><br>NOTICE OF FILING MOTION FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 UNITED STATES CODE SECTION 362 |
| AURORA LOAN SERVICES, LLC,<br><br>　　　　Movant,<br><br>　　v.<br><br>MIKE ZITTA AND IRENA ZITTA, Debtor(s);<br><br>　　　　Respondents. | |

NOTICE IS GIVEN that the above Movant has filed a motion requesting relief from the automatic stay pursuant to 11 United States Code section 362(a) regarding the following collateral: Real Property under the Promissory Note and Deed of Trust commonly known as 13371 West Chaparosa Way, Peoria, Arizona 85383 (the "Property").

FURTHER NOTICE IS GIVEN that pursuant to Local Bankruptcy Rule 4001, if no written objection is filed with the court and a copy served on Movant's counsel, whose address is:

PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

WITHIN 14 DAYS of service of the motion, the Motion for Relief From the Automatic Stay may be granted without further hearing.

Dated this 5th day of March, 2010.

                        PITE DUNCAN, LLP

                        /s/ JES 020630
                        JOSEPHINE E. PIRANIO
                        4375 Jutland Drive, Suite 200
                        P.O. Box 17933
                        San Diego, CA 92177-0933
                        Attorneys for AURORA LOAN SERVICES, LLC

Copies of the foregoing mailed
March 5, 2010, to:

Mike Zitta
Irena Zitta
15592 West Roanoke Avenue
Goodyear, AZ 85395
(Debtors)

Joseph W. Charles
Law Offices of Joseph W. Charles, P.C.
P.O. Box 1737
Glendale, AZ 85311-1737
(Debtor(s) Attorney)

Department of Justice
District of Arizona - Phoenix Division
230 North First Avenue, Suite 204
Phoenix, AZ 85003
(U.S. Trustee)

Chase Cardmember Services
P.O. Box 94014
Palatine, IL 60094-4014

Citi Platinum Select Card
P.O. Box 6000
The Lakes, NV 89163-6000

| | |
|---|---|
| 1 | Sam's Club Discover<br>P.O. Box 960013 |
| 2 | Orlando, FL 32896-0013 |
| 3 | |
| 4 | Sears Credit Cards<br>P.O. Box 688957 |
| 5 | Des Moines, IA 50368-8957 |
| 6 | U.S. Bank<br>P.O. Box 790408 |
| 7 | Saint Louis, MO 63179-0408 |
| 8 | Wells Fargo Bank<br>Merchant Services |
| 9 | P.O. Box 6010<br>Hagerstown, MD 21741 |
| 10 | (Unsecured Creditors) |

- 3 -