IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

Dated: March 08, 2010



_____
**SARAH S. CURLEY**
**U.S. Bankruptcy Judge**
_____

Paul M. Levine, Esq. (007202)
Jessica R. Kenney, Esq. SBN 026615
**McCarthy, Holthus & Levine**
3636 North Central Avenue, Ste. 1050
Phoenix, AZ 85012
Phone (602) 230-8726
Fax (602) 230-9277

Attorney for: Secured Creditor,
HSBC Mortgage Corporation (USA), it assignees and/or successors,

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) Case No. 2:09-BK-19154-SSC |
| Mike Zitta | ) |
| Irena Zitta, | ) Chapter 11 |
| Debtor. | ) |
| HSBC Mortgage Corporation (USA), it assignees and/or successors, | ) |
| Movant, | ) **ORDER ON ADEQUATE PROTECTION** |
| vs. | ) **STIPULATION** |
| Mike Zitta and Irena Zitta, Debtor; Chapter 11 Trustee, | ) |
| Respondents. | ) |

The parties having agreed to the terms set forth in the Adequate Protection Stipulation, attached hereto as **Exhibit "A"**, are bound by the terms of their stipulation which shall be the Order of this Court.

IT IS SO ORDERED:

Dated: _____     By: _____
                                                                    Honorable Sarah S. Curley
                                                                    United States Bankruptcy Court Judge

1 Paul M. Levine, Esq. (007202)
2 Jessica R. Kenney, Esq. (026615)
**McCarthy, Holthus & Levine**
3 3636 North Central Avenue, Ste. 1050
Phoenix, AZ 85012
4 Phone (602) 230-8726
5 Fax (602) 230-9277

6 Attorney for: Secured Creditor,
7 HSBC Mortgage Corporation (USA), it assignees and/or successors

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No. 2:09-BK-19154-SSC |
| Mike Zitta<br>Irena Zitta, | Chapter 11 |
| Debtor. | |
| HSBC Mortgage Corporation (USA), it assignees and/or successors, | **ADEQUATE PROTECTION STIPULATION** |
| Movant, | |
| vs. | |
| Mike Zitta and Irena Zitta, Debtor, | |
| Respondents | |

Movant HSBC Mortgage Corporation (USA), it assignees and/or successors, ("Movant"), and the Debtor, Mike Zitta and Irena Zitta ("Debtor"), by and through their respective attorneys of record STIPULATE as follows:

1. This Stipulation affects the real property commonly known as: 4031 South Soboba Street, Gilbert, AZ 85297.

2. On or about 1/29/2010, Movant received funds in the amount of $8,000.00 Said sum was applied to the post-petition arrears.

3. On or before 3/1/2010, the Debtor's shall submit funds in the amount of $2,117.56. Said sum shall be applied to the post-petition payment delinquency itemized below:

| | | | | |
|---|---|---|---|---|
| 6 Post-petition payments (9/1/2009 through 2/1/2010) | at | $1,686.26 | each | $10,117.56 |
| Less Funds Received: | | | | ($8,000.00) |
| Total Delinquency: | | | | $ 2,117.56 |

4. Commencing 3/1/2010, Debtor shall make regular monthly post-petition payments under the Note and Deed of Trust to Movant, and continuing on the first day of each month thereafter, under the terms of the Note and Deed of Trust.

5. Payments shall be made directly to Movant, HSBC Mortgage Corporation, 2929 Walden Avenue, Depew, NY 14043 with reference to Loan Number XXXXXX6932, or as otherwise directed.

6. Debtor shall timely perform all of their obligations under Movant's loan documents as they come due, including but not limited to the payment of real estate taxes, maintaining insurance coverage, Chapter 11 Plan payments, and any and all senior liens.

7. In the event Debtor fails to timely perform any of the obligations set forth in this stipulation, Movant shall notify Debtor and their counsel of the default in writing. Debtor shall have ten (10) calendar days from the date of the written notification to cure the default, plus an additional $100.00 for attorneys' fees

8. If Debtor fails to timely cure the default, Movant shall be entitled to lodge an Order Terminating the Automatic Stay. The Order shall be entered without further hearing. The automatic stay shall be immediately terminated and extinguished for all purposes as to Movant, and Movant may proceed with and hold a trustee's sale of the subject property, pursuant to applicable state law, and without further Court Order of

proceeding being necessary, commence any action necessary to obtain complete possession of the subject Property, including unlawful detainer, if required.

9. If Debtor defaults on the obligations set forth herein on more than three (3) occasions, Movant may lodge a Declaration and Order Terminating the Automatic Stay. The Order shall be entered without further hearing. The automatic stay shall be immediately terminated and extinguished for all purposes as to Movant and Movant may proceed with and hold a Trustee's sale of the subject property, pursuant to applicable state law, and without further Court Order of proceeding being necessary, commence any action necessary to obtain complete possession of the subject Property, including unlawful detainer, if required.

10. Secured Creditor shall file an Amended Proof of Claim to provide for Bankruptcy Fees and Costs incurred in the amount of $700.00 and all post-petition advances, fees and costs associated with the loan.

IT IS SO STIPULATED:

McCarthy, Holthus & Levine

Dated: 3\1\10

Jessica R. Kenney, Esq
Attorney for Movant

Dated: 2-25-10

_for_
Joseph W. Charles, Esq.
Attorney for Debtor
3
File No. AZ-09-11752
Adequate Protection Stipulation, Case No. 2:09-BK-19154-SSC