**JOSEPH W. CHARLES, P.C.**
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311-1737
Phone: (623) 939-6546
Fax:    (623) 939-6718
Email: LawOffice@joecharles.com

JOSEPH W. CHARLES
State Bar No. 003038
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 Proceedings |
| ) | |
| MIKE ZITTA and IRENE ZITTA, ) | Case No. 2:09-bk-19154-SSC |
| ) | |
| Debtors. ) | |
| _____) | |
| ) | |
| AURORA LOAN SERVICES, LLC ) | |
| ) | **OBJECTION TO MOTION** |
| ) | **FOR RELIEF FROM** |
| Movant, ) | **AUTOMATIC STAY** |
| ) | |
| vs. ) | RE: Real Property Located at |
| ) | 13371 W. Chaparosa Way |
| MIKE ZITTA and IRENE ZITTA ) | Peoria, AZ 85383) |
| ) | |
| Respondents. ) | |
| _____) | |

  COMES NOW the Debtors, MIKE ZITTA and IRENE ZITTA, by and through counsel undersigned, and hereby responds and objects to Movant, AURORA LOAN SERVICES, LLC's Motion for Relief from the Automatic Stay as follows:

  1.  Movant has not shown to have proof of standing;

2. The note is in the name of Aegis Wholesale Corporation;

3. There is an undated Allonge to the note that purports to transferring the note from Aegis Wholesale Corporation to Aegis Mortgage Corporation, and a subsequent transfer from Aegis Mortgage Corporation to Movant Aurora Loan Services, LLC;

4. There is a Corporate Assignment of Deed of Trust dated January 26, 2010 from assignor Mortgage Electronic Registration Systems, Inc. (MERS) purporting to assign the deed of trust to Movant Aurora Loan Servicing, LLC. It has been held in numerous cases before this Court and across the country that MERS has no standing to transact assignments. Thus, it appears that the Note and the Deed of Trust in this matter have been separated. It is Debtors' position that such action results in the Note no longer being secured by the Deed of Trust, resulting in the loss of standing by Movant.

Debtors respectfully request that the Movant's Motion for Relief from the Automatic Stay be denied.

RESPECTFULLY SUBMITTED this 19th day of March, 2010.

**JOSEPH W. CHARLES, P.C.**

By    /s/ Joseph W. Charles
JOSEPH W. CHARLES
5704 W. Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311
Attorneys for Debtors

| | |
|---|---|
| 1 | An ORIGINAL of the foregoing was |
| 2 | electronically filed with the Clerk of the Court aAnd a COPY was mailed this 19th day of |
| 3 | March, 2010, to: |
| 4 | Josephine Peranio, Esq. |
| 5 | Pite Duncan, LLP<br>4375 Jutland Drive, Suite 200 |
| 6 | P.O. Box 17933<br>San Diego, CA 92177-0933 |
| 7 | *Attorneys for Movant* |
| 8 | |
| 9 | ___/s/ S. Borek_____ |

1. An ORIGINAL of the foregoing was
2. electronically filed with the Clerk of the Court
3. aAnd a COPY was mailed this 19th day of March, 2010, to:

4. Josephine Peranio, Esq.
5. Pite Duncan, LLP
   4375 Jutland Drive, Suite 200
6. P.O. Box 17933
   San Diego, CA 92177-0933
7. *Attorneys for Movant*

9. ___/s/ S. Borek_____