# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-22941

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Mike Zitta and Irena Zitta<br>      Debtors.<br>―――――――――――――――――<br>Wells Fargo Bank, N.A.<br><br>      Movant,<br>  vs.<br><br>Mike Zitta and Irena Zitta, Debtors, Office of the US Trustee.<br><br>      Respondents. | No. 2:09-bk-19154-SSC<br><br>Chapter 11<br><br>MOVANT'S MOTION TO LIFT THE AUTOMATIC BANKRUPTCY STAY<br><br>RE: Real Property Located at<br>11006 West Madison Street<br>Avondale, AZ 85323 |

Movant hereby request an order granting relief from the automatic stay of 11 U.S.C. 362(a), to permit Movant to foreclose the lien of its Mortgage/Deed of Trust on real property owned by the debtors in possession, by trustee's sale, judicial foreclosure proceedings or the exercise of the power of sale, and to obtain possession and control of the real property.

This motion is supported by the attached Memorandum of Points and Authorities, which is incorporated herein by this reference.

Dated this 9th day of April, 2010.

    Respectfully submitted,

    TIFFANY & BOSCO, P.A.

    BY  /s/ MSB # 010167
        Mark S. Bosco
        Leonard J. McDonald
        Attorneys for Movant

## MEMORANDUM OF POINTS AND AUTHORITIES

Mike Zitta and Irena Zitta filed a voluntary petition for protection under Chapter 11 of the Bankruptcy Code. (No trustee has been appointed and debtors continue to act as debtors in possession.)

Debtors an interest in certain real property located in Maricopa County, Arizona, more particularly described as:

LOT 281, OF ROOSEVELT PARK UNIT 1, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 716 OF MAPS, PAGE 47 AND AFFIDAVIT OF CORRECTION RECORDED AS 2007-86113 OF OFFICIAL RECORD.

Wells Fargo Bank, N.A. is a the holder or servicer of a promissory Note which is secured by a Deed of Trust, dated March 8, 2007, recorded in the office of the Maricopa County Recorder's Office. True copies of the Note, Deed of Trust and Assignment(s) are annexed as Exhibits "A", "B" and "C", respectively, and made a part hereof by this reference.

Debtors are in default on the obligation to Movant for which the property is security, and payments are due under the Promissory Note from and after March, 2009.

Debtors are in default on their obligation to Movant for which the property is security, and payments are due under the Promissory Note from and after March 1, 2009. The current default amount is set forth below:

| | |
|---|---:|
| 8 Monthly Payments(s) at $1,632.60 | $13,060.80 |
| (September 1, 2009 - April 1, 2010) | |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $800.00 |
| Accrued Late Fees | $138.72 |
| **Total** | **$14,149.52** |

Furthermore, a payment becomes due on the 1st day of every month thereafter, and a late charge becomes due on any payment not paid within fifteen (15) days from the date the monthly payment is due.

Movant is informed and believes and therefore alleges that the Debtors and estate have no equity in the property; that the Property is not necessary to an effective reorganization in light of the amount of equity Movant's lien as well as other liens remaining unpaid on the Property; and that the Property, rents, issues and profits therefrom are burdensome and of inconsequential value to the estate.

Further, Movant is informed and believes and therefore alleges that the Debtor and the estate are not adequately protected based upon the Debtor's failure to make payments on a timely basis.

Debtors are indebted to Wells Fargo Bank, N.A. in the total amount of 277448.0000, plus accruing interest, costs, and attorneys' fees.

## **CONCLUSION**

Movant requests that the court enter an order vacating the automatic stay of 11 U.S.C. Section 362(a) and Movant may immediately enforce and implement the order for relief from the automatic stay as to the debtors, their bankruptcy estate, the property, and Movant; to allow Movant to foreclose the lien of its Deed of Trust or Mortgage; to evict debtors and/or successors of

debtors; and to obtain ownership, possession and control of the Property.

DATED this 9th day of April, 2010.

                                            TIFFANY & BOSCO, P.A.

                                            BY   /s/ MSB # 010167
                                                     Mark S. Bosco
                                                     Leonard J. McDonald
                                                     2525 East Camelback Road, Ste. 300
                                                     Phoenix, Arizona 85016
                                                     Attorneys for Movant