OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
20070290932  03/12/2007  09:35
ELECTRONIC RECORDING

P4826743-2-5-5--
GarciaC

**First American Title**

Recording Requested By/Return To:
WFHM FINAL DOCS X9999-01M
1000 BLUE GENTIAN ROAD
EAGAN, MN 55121

## ASSIGNMENT OF DEED OF TRUST

For Value Received, the undersigned holder of a Deed of Trust (herein "Assignor") whose address is
4800 N SCOTTSDALE RD, STE 2300, SCOTTSDALE, AZ 85251
does hereby grant, sell, assign, transfer and convey, unto WELLS FARGO BANK, N.A.

organized and existing under the laws of      THE UNITED STATES      (herein "Assignee"),
whose address is 800 LA SALLE Avenue Suite 1,000 minneapolis MN 55402 ,
all beneficial interest under a certain Deed of Trust, dated MARCH 01, 2007      , made and executed
by MIKE ZITTA AND IRENA ZITTA, HUSBAND AND WIFE

to FIRST AMERICAN TITLE INS CO
Trustee, and given to secure payment of TWO HUNDRED SEVENTY SEVEN THOUSAND FOUR HUNDRED FORTY
EIGHT AND      ($ **************277,448.00 ) which Deed of Trust is of record in Book, Volume, or Liber
(Include the Original Principal Amount)
No.      , at page      Recorded concurrently herewith      Records of
MARICOPA      County, State of Arizona, together with the note(s) and obligations
therein described, the money due and to become due thereon with interest, and all rights accrued or to accrue under such
Deed of Trust.

TO HAVE AND TO HOLD, the same unto Assignee, its successor and assigns, forever, subject only to the terms and
conditions of the above-described Deed of Trust.

IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Deed of Trust on
MARCH 01, 2007      MORRISON FINANCIAL SERVICES, LLC

Witness _____

                              (Assignor)

Witness _____    By: *Peggy Blakesley*
                                      (Signature)

Attest

Seal:

This Instrument Prepared By: MORRISON FINANCIAL SERVICES, LLC

address: 1150 WEST WASHINGTON STREET, MAC# X0301-021, TEMPE, AZ 852810000

Commonwealth/State of *Arizona*
County of MARICOPA

The foregoing instrument was acknowledged before me this MARCH 01, 2007

by *Peggy Blakesley*

*Morrison Financial Services* LIMITED LIABILITY COMPANY      , of
                                                   a
on behalf of the said LIMITED LIABILITY COMPANY

P. BIRUMAN
Notary Public - Arizona
Maricopa County
My Comm. Expires Nov 4, 2009
     11-4-09

VMP MORTGAGE FORMS - (800)521-7291

Case 2:09-bk-19954-SSC    Doc 132-3    Filed 04/09/10    Entered 04/09/10 16:13:56
Desc Exhibit C Assignment    Page 1 of 1