| | |
|---|---|
| 1 | Matthew A. Silverman (018919) |
| 2 | Jessica R. Kenney (026615) |
|   | **McCarthy ♦ Holthus ♦ Levine** |
| 3 | 3636 North Central Avenue |
|   | Suite 1050 |
| 4 | Phoenix, AZ  85012 |
| 5 | (602) 230-8726 |
| 6 | Attorney for: Secured Creditor, |
|   | HSBC Bank USA N.A., its assignees and/or successors |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

PHOENIX DIVISION

In re:

Mike Zitta,
Irena Zitta,

         Debtors.
_____
HSBC Bank USA N.A, its assignees and/or successors,

         Movant,

 v.

Mike Zitta, Irena Zitta, Debtors; and , Chapter 13 Trustee,

         Respondents.

) Case No.  2:09-BK-19154-SSC
) Chapter  11
)
) **NOTICE OF LODGEMENT / PROOF OF SERVICE OF ORDER TERMINATING AUTOMATIC STAY**

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that Movant its assignees and/or successors in interest, has lodged with the Court an Order.  A true and correct copy of the Order is attached hereto as Exhibit "1".

File No. AZ09-48476             1             Case No. 2:09-BK-19154-SSC
Proof of Service of Order Terminating Automatic Stay

| | | |
|---|---|---|
| | | Respectfully submitted, |
| | | **McCarthy & Holthus, LLP** |
| Dated: April 19, 2010 | By: | /s/ Matthew A. Silverman |
| | | Matthew A. Silverman, Esq. |
| | | Attorney for Secured Creditor |

On April 19, 2010, I served the foregoing documents described as **ORDER TERMINATING AUTOMATIC STAY** on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTORS
Joseph W. Charles
attyjcharles@joecharles.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

               /s/ Darco Turcu

On April 19, 2010, I served the foregoing documents described as **ORDER TERMINATING AUTOMATIC STAY**, on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

UNITED STATES TRUSTEE
230 North First Avenue, Suite 204
Phoenix, AZ 85003-1706

COUNSEL FOR DEBTORS
Joseph W. Charles
P.O. Box 1737
Glendale, AZ 85311-1737

DEBTORS
Mike Zitta
15592 West Roanoke Avenue
Goodyear, AZ 85395

Irena Zitta
15592 West Roanoke Avenue
Goodyear, AZ 85395

SPECIAL NOTICE
Sears Credit Cards
P. O. Box 688957
Des Moines, IA 50368-8957

File No. AZ09-48476        3       Case No. 2:09-BK-19154-SSC
Proof of Service of Order Terminating Automatic Stay
Case 2:09-bk-19154-SSC Doc 135 Filed 04/19/10 Entered 04/19/10 06:46:19 Desc
Main Document  Page 3 of 4

| | |
|---|---|
| 1 | U.S. Bank |
| 2 | P. O. Box 790408 |
|   | Saint Louis, MO 63179-0408 |
| 3 | |
| 4 | Wells Fargo Bank |
|   | P. O. Box 6010 |
| 5 | Hagerstown, MD 21741 |
| 6 | Chase Cardmember Services |
|   | P. O. Box 94014 |
| 7 | Palatine, IL 60094-4014 |
| 8 | |
|   | Citi Platinum Select Card |
| 9 | P. O. Box 6000 |
| 10 | The Lakes, NV 89163-6000 |
| 11 | Sam's Club Discover |
|    | P. O. Box 960013 |
| 12 | Orlando, FL 32896-0013 |
| 13 | |
|    | BAC Home Loans Servicing, LP |
| 14 | 20750 Ventura Blvd #100 |
|    | Woodland Hills, CA 91367 |
| 15 | |
| 16 | Recovery Management Systems Corporation |
|    | 25 SE 2nd Avenue, Suite 1120 |
| 17 | Miami, FL 33131-1605 |

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Warb Wilcox