
Paul M. Levine (007202)
Matthew A. Silverman (018919)
Jessica R. Kenney, Esq., (026615)
**McCarthy ♦ Holthus ♦ Levine**
3636 North Central Avenue
Suite 1050
Phoenix, AZ 85012
Telephone: (602) 230-8726

Attorney for Movant,
HSBC Mortgage Corporation (USA), its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA - PHOENIX DIVISION

| | |
|---|---|
| In re: | ) Case No. 2:09-BK-19154-SSC |
| Mike Zitta, Irena Zitta | ) |
| Debtors. | ) Chapter 11 |
| HSBC Mortgage Corporation (USA), its successors and/or assigns, | ) |
| Movant, | ) **ORDER ON ADEQUATE PROTECTION STIPULATION** |
| vs. | ) |
| Mike Zitta, Irena Zitta, Debtors; and , Chapter 13 Trustee, | ) |
| Respondents. | ) |

The parties having agreed to the terms set forth in the Adequate Protection Stipulation, attached hereto as Exhibit "A", are bound by the terms of their stipulation which shall be the Order of this Court.

IT IS SO ORDERED:

Dated: _____   By: _____
                                Honorable Sarah Sharer Curley
                                United States Bankruptcy Court Judge

Paul M. Levine (007202)
Matthew A. Silverman (018919)
Jessica R. Kenney, Esq., (026615)
**McCarthy ◆ Holthus ◆ Levine**
3636 North Central Avenue
Suite 1050
Phoenix, AZ 85012
Telephone: (602) 230-8726

Attorney for Movant,
HSBC Mortgage Corporation (USA), its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| In re: | ) Case No. 2:09-BK-19154-SSC |
| Mike Zitta, | ) |
| Irena Zitta, | ) |
| | ) Chapter 11 |
| Debtors. | ) |
| HSBC Mortgage Corporation (USA), its successors and/or assigns, | ) **ADEQUATE PROTECTION** ) **STIPULATION** |
| Movant, | ) |
| vs. | ) |
| Mike Zitta, Irena Zitta Debtors; | ) |
| Respondents. | ) |

Movant, HSBC Mortgage Corporation (USA), its assignees and/or successors, ("Movant"), and the Debtors, Mike Zitta and Irena Zitta ("Debtors"), by and through their respective attorneys of record STIPULATE as follows:

1. This Stipulation affects the real property commonly known as: 4704 East Matt Dillon Trail, Cave Creek, AZ 85331.

2. Debtor's will submit 4/1/2010 regular payment on or before 4/24/2010.

3. Commencing 5/1/2010 , Debtors shall make regular monthly post-petition payments in the amount of $2,114.90 under the Note and Deed of Trust to Movant, and continuing on the first day of each month thereafter, under the terms of the Note and Deed of Trust until plan confirmation.

3. Payments shall be made directly to Movant, HSBC Mortgage Corporation (USA) at 2929 Walden Avenue, Depew, NY 14043, with reference to Loan Number 4566956, or as otherwise directed.

4. Debtors shall timely perform all of their obligations under Movant's loan documents as they come due, including but not limited to the payment of real estate taxes, maintaining insurance coverage, Chapter 11 Plan payments, and any and all senior liens.

5. In the event Debtors fail to timely perform any of the obligations set forth in this stipulation, Movant shall notify Debtors and their counsel of the default in writing. Debtors shall have ten (10) calendar days from the date of the written notification to cure the default, plus an additional $100.00 for attorneys' fees.

6. If Debtors fails to timely cure the default, Movant shall be entitled to lodge an Order Terminating the Automatic Stay. The Order shall be entered without further hearing. The automatic stay shall be immediately terminated and extinguished for all purposes as to Movant, and Movant may proceed with and hold a trustee's sale of the subject property, pursuant to applicable state law, and without further Court Order of proceeding being necessary, commence any action necessary to obtain complete possession of the subject Property, including unlawful detainer, if required.

///
///
///
///
///
///
///
///

1    7.  If Debtors default on the obligations set forth herein on more that three (3) occasions,
2   Movant may lodge a Declaration and Order Terminating the Automatic Stay.  The Order shall be
3   entered without further hearing.  The automatic stay shall be immediately terminated and
4   extinguished for all purposes as to Movant and Movant may proceed with and hold a Trustee's
5   sale of the subject property, pursuant to applicable state law, and without further Court Order of
6   proceeding being necessary, commence any action necessary to obtain complete possession of
7   the subject Property, including unlawful detainer, if required.
8    8.  Secured Creditor's Proof of Claim is due and owing and is allowed in full.

IT IS SO STIPULATED:

**McCarthy ◆ Holthus ◆ Levine**

Dated:   4/16/2010                          /s/ Jessica R. Kenney for
Matthew Silverman, Esq.
Attorney for Movant

Dated:   4/16/2010                          /s/ Joseph W. Charles
Joseph W. Charles, Esq.
Attorney for Debtors