**JOSEPH W. CHARLES, P.C.**
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311-1737
Phone: (623) 939-6546
Fax:    (623) 939-6718
attyjcharles@joecharles.com

JOSEPH W. CHARLES
State Bar No. 003038
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re:<br><br>MIKE ZITTA and<br>IRENA ZITTA,<br><br>            Debtors.<br>_____<br><br>HSBC Mortgage Corporation (USA) its assignees and/or successors<br><br>            Movant,<br><br>vs.<br><br>MIKE ZITTA, IRENA ZITTA, Debtors;<br><br>           Respondents.<br>_____ | Case No. 2:09-BK-19154-SSC<br><br>Chapter 11<br><br><br><br><br><br>OBJECTION TO MOTION<br>FOR RELIEF FROM<br>AUTOMATIC STAY<br><br>RE: Real Property Located at<br>11006 West Madison<br>Avondale, AZ 85323 |

     COME NOW the debtors, MIKE ZITTA and IRENA ZITTA, by and through counsel undersigned, and hereby responds and objects to Movant Wells Fargo Bank, N.A.'s Motion for Relief from the Automatic Stay as $800 appears to be excessive for the preparation, filing, and mailing of a single document.

1

Debtors now have the properties rented out. Debtors intend to negotiate adequate protection stipulations with Movant.

RESPECTFULLY SUBMITTED this 26th day of April, 2010.

        JOSEPH W. CHARLES, P.C.

        By /s/ Joseph W. Charles
            JOSEPH W. CHARLES
            5704 W. Palmaire Avenue
            P.O. Box 1737
            Glendale, Arizona 85311
            Attorney for Debtors

COPY of the foregoing mailed this 26th day of April, 2010, to:

Tiffany & Bosco P.A.
2525 East Camelback Road
Suite 300
Phoenix, Arizona 85016
Attorney for Movant

By: /s/ C. Short