# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

|   |   |   |   |
|---|---|---|---|
| **Debtor:** | MIKE & IRENA ZITTA | | |
| **Case Number:** | 2:09-bk-19154-SSC | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, APRIL 28, 2010 01:30 PM   7TH FLOOR #701 | | |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY | | |
| **Courtroom Clerk:** | WANDA GARBERICK | | |
| **Reporter / ECR:** | ANDAMO PURVIS | | |

### Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY AURORA LOAN SERVICES

R / M #:   114 / 0

### Appearances:

HARRY LENABURG, ATTORNEY FOR MIKE ZITTA, IRENA ZITTA
JOSEPHINE PIRANIO, ATTORNEY FOR AURORA LOAN SERVICES

### Proceedings:

Ms. Piranio states that parties have agreed to a catch up stipulation.

COURT: IT IS ORDERED CONTINUING THIS HEARING TO MAY 26, 2010 AT 1:30 P.M.