**TIFFANY & BOSCO**
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-22941

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | Bk Case No.: 2:09-bk-19154-SSC |
| Mike Zitta and Irena Zitta | Chapter 11 |
| Debtors. | MOVANT'S DECLARATION |
| | (Related to Docket # 132) |
| Wells Fargo Bank, N.A. | |
| Movant, | |
| vs. | |
| Mike Zitta and Irena Zitta, Debtors; US Trustee, Trustee. | |
| Respondents. | |

COMES NOW ___Teressa J. Williams___, of lawful age, being duly sworn upon oath and deposes and says the following:

1. I make this Declaration of my own personal knowledge regarding matters to which

1. I would be competent to testify under oath.

2. I am employed by Wells Fargo Bank, N.A. as ___Assistant Secretary___ and am familiar authorized to make this affidavit on behalf of Wells Fargo Bank, N.A..

3. I am familiar with the business records of Wells Fargo Bank, N.A., the loan history records of loan number ▬▬▬4054, and the facts upon which a Motion for Relief from the Automatic Stay was filed on behalf of Wells Fargo Bank, N.A. in the present bankruptcy case.

4. Wells Fargo Bank, N.A., is the holder or servicer of a Note dated March 8, 2007 in the amount of $277,448.00. The Note is secured by a Deed of Trust recorded in against certain real property commonly known as 11006 West Madison Street, Avondale, AZ 85323, and legally described as:

LOT 281, OF ROOSEVELT PARK UNIT 1, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 716 OF MAPS, PAGE 47 AND AFFIDAVIT OF CORRECTION RECORDED AS 2007-86113 OF OFFICIAL RECORD.

5. The business records of Wells Fargo Bank, N.A., created, prepared, and maintained by its employees or agents in the performance of their regular business duties at or near the time, the act, conditions, or events are recorded thereon. The records are made either by persons with knowledge of the matters they record, or from information obtained by persons with such knowledge. It is the business practice of Wells Fargo Bank, N.A., to maintain those records in the regular course of business.

6. Wells Fargo Bank, N.A., maintains a contractual right to collect payments and maintain legal actions for the beneficial note holder either as the current note holder or pursuant to either a Master Servicing Agreement or Power of Attorney

7. Wells Fargo Bank, N.A., uses the standard practices of the mortgage lender industry. A payment received is applied to the referenced account and credited to the next payment due. For example, a payment received in March will be applied to the February payment if no payment was received in February.

8. Based on the payments received and applied by Wells Fargo Bank, N.A., the monthly payments on the Note are in default for all payments falling due since March 1, 2009.
Further Declarant sayeth naught.

BY: _____
Teressa J. Williams    Assistant Secretary

SUBSCRIBED AND SWORN TO before me, the undersigned notary public, on the May 3 2010.

_____
Notary Public

OFFICIAL SEAL
Notary Public
State of South Carolina
PENNY S. McCRAVEN
My Commission Expires Dec. 14, 2014

Copy of the foregoing mailed
May 3, 2010, to:

Mike Zitta and Irena Zitta
15592 West Roanoke Avenue
Goodyear, AZ 85395
Debtors

Joseph W. Charles
P.O. Box 1737
Glendale, AZ 85311-1737
Attorney for Debtors

US Trustee
230 North First Ave.
Suite 204 Phoenix, AZ 85003
Trustee

Aurora Loan Services
PO BOX 78111

1  Phoenix, AZ 85062-8111

2  Bank of America Home Loans
   450 American Street
3  Simi Valley, CA 93065-6298

4  CHASE BANK
   800 Brooksedge Blvd.
5  Westerville, OH 43081

6  CHASE CARDMEMBER
7  SERVICES
   P. O. Box 94014
8  Palatine, IL 60094-4014

9  CITI MORTGAGE CO. INC.
   P.O. BOX 6006
10 The Lakes, NV 88901

11 CITI PLATINUM SELECT
12 CARD
   P. O. Box 6000
13 The Lakes, NV 89163-6000

14 HSBC Mortgage Corporation
   Suite 0241
15 Buffalo, NY 14270-0241

16 SAM'S CLUB DISCOVER
17 P. O. Box 960013
   Orlando, FL 32896-0013
18
   TAYLOR BEAN & WHITAKER
19 1417 N. MAGNOIA AVENUE
20 Ocala, FL 34475-9078

21 U.S. BANK
   P. O. Box 790408
22 Saint Louis, MO 63179-0408

23 WELLS FARGO BANK
24 MERCHANT SERVICES
   PO BOX 6010
25 Hagerstown, MD 21741

26 By: /s/ Sheri L. Wray