**SIGNED.**

**Dated: May 18, 2010**



_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 Proceedings |
| ) | |
| ) | Case No. **2:09-BK-19154-SSC** |
| MIKE ZITTA and ) | |
| IRENA ZITTA ) | ORDER APPROVING PAYMENT TO |
| ) | JOHN BIRKETT |
| ) | |
| Debtors. ) | |

Pursuant to the Debtors' Motion and good cause appearing,

IT IS HEREBY ORDERED allowing the Debtors to pay John Birkett the sum of $350.00 for his services in appraising the Debtors' property located at 100 East Bluejay Lane, Flagstaff, Arizon.

DONE IN OPEN COURT this \_\_\_\_\_ day of _____, 2010.

_____
Honorable Sarah Sharer Curley
United States Bankruptcy Court