# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-22941

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Mike Zitta and Irena Zitta<br>   Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br><br>   Movant,<br> vs.<br><br>Mike Zitta and Irena Zitta, Debtors; US Trustee, Trustee.<br><br>   Respondents. | No. 2:09-bk-19154-SSC<br><br>Chapter 11<br><br>MOTION TO VACATE HEARING<br><br>Hearing Date: 05/26/10<br>Hearing Time: 1:30 PM |

  Movant, Wells Fargo Bank, N.A. by and through its undersigned counsel, Tiffany & Bosco, P.A., hereby files its Motion to Vacate Hearing, for the reason that Movant needs additional time to

…

…

gather required documentation.

DATED this 21st day of May, 2010.

                                    TIFFANY & BOSCO, P.A.

                                By  /s/ MSB # 010167
                                      Mark S. Bosco
                                      Leonard J. McDonald
                                      2525 East Camelback Road
                                      Suite 300
                                      Phoenix, Arizona 85016
                                      Attorneys for Movant

COPY of the foregoing
Mailed this 21st day of May, 2010, to:

Mike Zitta and Irena Zitta
15592 West Roanoke Avenue
Goodyear, AZ  85395
Debtors

Joseph W. Charles
P.O. Box 1737
Glendale, AZ  85311-1737
Attorney for Debtors

US Trustee
230 North First Ave. Suite 204
Phoenix, AZ  85003
Trustee

By: /s/ Sheri L. Wray