IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

Dated: June 08, 2010

_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge

BRIAN A. PAINO (AZ BN 027091)
KYLE J. SHELTON (AZ BN 027379)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
kshelton@piteduncan.com

Attorneys for AURORA LOAN SERVICES, LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA - PHOENIX DIVISION

| | |
|---|---|
| In re<br><br>MIKE ZITTA AND IRENA ZITTA,<br><br>Debtor(s).<br><hr>AURORA LOAN SERVICES, LLC,<br><br>Movant,<br><br>vs.<br><br>MIKE ZITTA AND IRENA ZITTA, Debtor(s);<br><br>Respondents. | Case No. 2:09-BK-19154-SSC<br><br>Chapter 11<br><br>ORDER APPROVING STIPULATION GRANTING ADEQUATE PROTECTION |

    The parties having agreed to the terms set forth in the Stipulation Granting Secured Creditor Adequate Protection are bound by the terms of their stipulation, which shall be the Order of this Court. Any pending hearing on Movant's Motion for Relief From the Automatic Stay in the above-entitled case is hereby vacated.

DATED:_____

                                               JUDGE, UNITED STATES BANKRUPTCY COURT