# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

|  |  |  |  |
|---|---|---|---|
| Debtor: | MIKE & IRENA ZITTA | | |
| Case Number: | 2:09-bk-19154-SSC | Chapter: | 11 |
| Date / Time / Room: | WEDNESDAY, JULY 07, 2010 01:30 PM   7TH FLOOR #701 | | |
| Bankruptcy Judge: | SARAH SHARER CURLEY | | |
| Courtroom Clerk: | WANDA GARBERICK | | |
| Reporter / ECR: | ANDAMO PURVIS | | |

### Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY WELLS FARGO BANK

R / M #:   132 / 0

### Appearances:

JOSEPH W. CHARLES, ATTORNEY FOR MIKE ZITTA, IRENA ZITTA
DARYL DORSEY, ATTORNEY FOR WELLS FARGO BANK

### Proceedings:

Mr. Charles states that parties are working on an adequate protection order.

COURT: THE COURT NOTES THAT A STIPULATION ON ADEQUATE PROTECTION WILL BE PRESENTED TO THE COURT SHORTLY.