TIFFANY & BOSCO
P.A.
2525 E. CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-22941

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Mike Zitta and Irena Zitta<br>    Debtors.<br><br>Wells Fargo Bank, N.A.<br><br>    Movant,<br>vs.<br><br>Mike Zitta and Irena Zitta, Debtors; Office of the US Trustee, Trustee.<br><br>    Respondents. | No. 2:09-bk-19154-SSC<br><br>Chapter 11<br><br>(Related to Docket #132<br><br>**STIPULATION REGARDING ADEQUATE PROTECTION** |

IT IS HEREBY STIPULATED by and between the parties herein, through counsel undersigned, that the Debtors, pay Adequate Protection Payments in the amount of $1015.00 a month plus any applicable taxes and interest commencing on August 1, 2010 . The funds are intended to serve as adequate protection for Debtors' lien obligation to Movant secured by the real property described as:

LOT 281, OF ROOSEVELT PARK UNIT 1, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 716 OF MAPS, PAGE 47 AND AFFIDAVIT OF CORRECTION RECORDED AS 2007-86113 OF OFFICIAL RECORD.

IT IS FURTHER STIPULATED that the debtors will make all Adequate Protection payments directly to the office of Tiffany & Bosco, P.A. no later than the first of every month starting with August 1, 2010.

IT IS FURTHER SIPULATED that if a default notice becomes necessary, Debtors shall tender the default payment, as set forth above, in the form of a cashier's check or money order, made payable to Movant. If the defaulted payments are not received by Movant within ten days after the default notice was sent, all arrearages, both pre-petition and post-petition shall become immediately due and payable in full and pre-petition arrearages shall not continue to be payable under the terms of the plan. Upon failure to cure the default within the ten days Relief shall be granted.

IT IS FURTHER SIPULATED that this stipulation is for adequate protection payments only. The parties hereto reserve all rights and defenses including proof as to being the current lien holder on the real property described herein. Additionally, the parties acknowledge that the adequate protection payments provided herein shall be applied pursuant to further Order from the Court.

DATED this July 15th day of 2010.

TIFFANY & BOSCO, P.A.

By /s/ Mark S. Bosco
Mark S. Bosco
Leonard J. McDonald
Attorneys for Movant

/s/ Joseph Charles
Joseph W. Charles
Attorney for Debtor