**TIFFANY & BOSCO** P.A.
**2525 E. CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**
Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-22941

IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.



Dated: July 16, 2010

_____
SARAH S. CURLEY
U.S. Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Mike Zitta and Irena Zitta<br>      Debtors.<br>―――――――――――――――――<br>Wells Fargo Bank, N.A.<br><br>      Movant,<br>  vs.<br><br>Mike Zitta and Irena Zitta, Debtors; Office of the US Trustee, Trustee.<br><br>      Respondents. | No. 2:09-bk-19154-SSC<br><br>Chapter 11<br><br>(Related to Docket #132<br><br>**ORDER REGARDING ADEQUATE PROTECTION** |

IT IS HEREBY ORDERED by and between the parties herein, through counsel undersigned, that the Debtors, pay Adequate Protection Payments in the amount of $1015.00 a month plus any applicable taxes and interest commencing on August 1, 2010 . The funds are intended to serve as adequate protection for Debtors' lien obligation to Movant secured by the real property described as:

LOT 281, OF ROOSEVELT PARK UNIT 1, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 716 OF MAPS, PAGE 47 AND AFFIDAVIT OF CORRECTION RECORDED AS 2007-86113 OF OFFICIAL RECORD.

IT IS FURTHER ORDERED that the debtors will make all Adequate Protection payments directly to the office of Tiffany & Bosco, P.A. no later than the first of every month starting with August 1, 2010.

IT IS FURTHER ORDERED that if a default notice becomes necessary, Debtors shall tender the default payment, as set forth above, in the form of a cashier's check or money order, made payable to Movant. If the defaulted payments are not received by Movant within ten days after the default notice was sent, all arrearages, both pre-petition and post-petition shall become immediately due and payable in full and pre-petition arrearages shall not continue to be payable under the terms of the plan. Upon failure to cure the default within the ten days Relief shall be granted.

IT IS FURTHER ORDERED that this ORDER is for adequate protection payments only. The parties hereto reserve all rights and defenses including proof as to being the current lien holder on the real property described herein. Additionally, the parties acknowledge that the adequate protection payments provided herein shall be applied pursuant to further Order from the Court.