**JOSEPH W. CHARLES, P.C.**
**5704 West Palmaire Avenue**
**P.O. Box 1737**
**Glendale, Arizona 85311-1737**
**Phone: (623) 939-6546**
**Fax:     (623) 939-6718**
LawOffice@Joecharles.com

JOSEPH W. CHARLES
State Bar No. 003038
Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re:<br><br>MIKE ZITTA AND IRENA ZITTA,<br><br>　　　　　　　　Debtors.<br>_____<br><br>BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP, its assignees and/or successors in interest,<br><br>　　　　　　　　Movant,<br><br>　vs.<br><br>MIKE ZITTA AND IRENA ZITTA, Debtors; and EDWARD J. MANEY, Trustee,<br><br>　　　　　　　　Respondents.<br>_____ | Case No. 2:09-bk-19154-SSC<br><br>Chapter 11<br><br><br><br>RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY<br><br>RE: Real Property Located at<br>5100 East Bluejay Lane<br>Flagstaff, Arizona |

　　COME NOW the debtors, MIKE ZITTA AND IRENA ZITTA, by and through

counsel undersigned, and hereby respond and objects to BAC HOME LOANS

SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP, its

1

assignees and/or successors in interest's Motion for Relief from the Automatic Stay as follows:

    The Debtors dispute the extent of the alleged arrearages.

    Debtors respectfully requests that the Movant's Motion for Relief from the Automatic Stay be denied.

    RESPECTFULLY SUBMITTED this 15th day of September, 2010.

                                  JOSEPH W. CHARLES, P.C.

                                  By /s/ Joseph W. Charles
                                       JOSEPH W. CHARLES
                                       5704 W. Palmaire Avenue
                                       P.O. Box 1737
                                       Glendale, Arizona  85311
                                       Attorney for Debtors

COPY of the foregoing
mailed this 15th day of
September, 2010, to:

GERARD R. O'MEARA, ESQUIRE
Bar No. 002434
Gust Rosenfeld, P.L.C.
1 South Church Avenue, Suite 1900
Tucson, Arizona 85701-1620
(520) 628-7070
gromeara@gustlaw.com

PROBER & RAPHAEL, A LAW CORPORATION
P. O. Box 4365
Woodland Hills, California 91365-4365
(818) 227-0100
PR# C.094-6726
Attorneys for Movant

By: /s/ C. Short