**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-22941

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Mike Zitta and Irena Zitta<br>    Debtors.<br><br>Wells Fargo Bank, N.A.<br><br>    Movant,<br>vs.<br><br>Mike Zitta and Irena Zitta, Debtors; US Trustee, Trustee.<br><br>    Respondents. | No. 2:09-bk-19154-SSC<br><br>Chapter 11<br><br>CERTIFICATE OF SERVICE |

STATE OF ARIZONA    )
                             ) ss:
County of Maricopa    )

    I, Mark S. Bosco, under oath, depose and say:

| | |
|---|---|
| 1 | That on 4th day of October, 2010 I caused to be mailed a copy of the Notice of Preliminary |
| 2 | Hearing, in reference to the above captioned matter, by U.S. mail, postage prepaid, to the following |
| 3 | |
| 4 | interested parties: |
| 5 | Mike Zitta and Irena Zitta |
| 6 | 15592 West Roanoke Avenue<br>Goodyear, AZ 85395 |
| 7 | Debtors |
| 8 | Joseph W. Charles |
| 9 | P.O. Box 1737<br>Glendale, AZ 85311-1737 |
| 10 | Attorney for Debtors |
| 11 | US Trustee<br>230 North First Ave. Suite 204 |
| 12 | Phoenix, AZ 85003<br>Trustee |
| 13 | |
| 14 | Wells Fargo Bank, N.A.<br>P.O. Box 11701 |
| 15 | Newark, NJ 07101-4701<br>Movant |

TIFFANY & BOSCO, P.A.

BY _____
Mark S. Bosco
2525 East Camelback Road
Suite 300
Phoenix, AZ 85016
Attorney for Movant

SUBSCRIBED and SWORN to before me this 4th day of October, 2010.

_____
Notary Public



OFFICIAL SEAL
JULIE A. PURVIS
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires July 26, 2013