# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | MIKE & IRENA ZITTA | | |
| **Case Number:** | 2:09-bk-19154-SSC | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, OCTOBER 20, 2010 01:30 PM   7TH FLOOR #701 | | |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY | | |
| **Courtroom Clerk:** | WANDA GARBERICK | | |
| **Reporter / ECR:** | ANDAMO PURVIS | | |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY BAC HOME LOANS

**R / M #:**   182 / 0

## Appearances:

NONE

## Proceedings:

This matter comes before the Court on a "Motion for Relief from Stay"("Motion") filed on August 30, 2010, by BAC HOME LOANS SERVICING, INC. ("Movant"). The Court has reviewed the Motion and underlying exhibits and denies the Motion without prejudice for the following reason(s):

  X    The Motion asserts that the Movant is an assignee of the holder of the underlying Note, but no copy of an assignment of the Deed of Trust was provided.

Based upon the foregoing,

IT IS ORDERED denying the Motion for Relief from the Automatic Stay without prejudice, and vacating the hearing scheduled on October 20, 2010 at 1:30 p.m.

IT IS FURTHER ORDERED that the Movant must remedy all deficiencies, as indicated above, prior to setting any future hearings