# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | MIKE & IRENA ZITTA | | |
| **Case Number:** | 2:09-bk-19154-SSC | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, OCTOBER 20, 2010 01:30 PM   7TH FLOOR #701 | | |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY | | |
| **Courtroom Clerk:** | WANDA GARBERICK | | |
| **Reporter / ECR:** | ANDAMO PURVIS | | |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY WELLS FARGO BANK

**R / M #:**   132 / 0

## Appearances:

LEONARD J. MCDONALD, ATTORNEY FOR WELLS FARGO BANK

## Proceedings:

Mr. McDonald states that an adequate protection order was entered, but no payments were made. He states that the trustee sale is set for October 21, 2010.

COURT: IT IS ORDERED THAT THE STAY IS VACATED.  MR. MCDONALD IS DIRECTED TO CONTINUE THE TRUSTEE SALE AND NOTIFY THE DEBTOR OF THE DATE OF THE TRUSTEE SALE.