**TIFFANY & BOSCO**
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-22941

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Mike Zitta and Irena Zitta<br><br><br>Debtors. | No. 2:09-bk-19154-SSC<br><br>Chapter 11<br><br>NOTICE OF LODGING ORDER<br><br>(Related to Docket #132) |

    Wells Fargo Bank, N.A., its agent, by and through its undersigned attorneys, hereby gives notice of the Lodging an Order for Relief, a copy of which is attached hereto as Exhibit "A".

    DATED this 4th day of November, 2010.

                                               Respectfully submitted,

                                               TIFFANY & BOSCO, P.A.

                                               BY   /s/ MSB # 010167
                                                         Mark S. Bosco
                                                         Leonard J. McDonald
                                                          Attorneys for Movant

| | |
|---|---|
| 1 | Copy of the foregoing was<br>mailed this 4th day of November, 2010 |
| 2 | |
| 3 | Mike Zitta and Irena Zitta<br>15592 West Roanoke Avenue |
| 4 | Goodyear AZ 85395<br>Debtors |
| 5 | |
| 6 | Joseph W. Charles<br>P.O. Box 1737 |
| 7 | Glendale AZ 85311-1737<br>Attorney for Debtors |
| 8 | |
| 9 | Office of the US Trustee<br>230 North First Ave. Suite 204 |
| 10 | Phoenix, AZ 85003<br>Trustee |
| 11 | |
| 12 | By: <u>Rebecca Robinson</u> |