**TIFFANY & BOSCO**
P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-22941

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br>Mike Zitta and Irena Zitta<br>    Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>    Movant,<br>vs.<br>Mike Zitta and Irena Zitta<br>Debtors; Office of the US Trustee, Trustee.<br>    Respondents. | No. 2:09-bk-19154-SSC<br><br>Chapter 11<br><br>O R D E R<br><br>(Related to Docket #178)<br><br>Hearing Date: July 7, 2010 |

By and between the parties herein, through counsel undersigned, an Adequate Protection Order was entered on July 16, 2010, docket number 178 and it was ordered that the Debtors, pay Adequate Protection Payments in the amount of $1015.00 a month plus any applicable taxes and interest commencing on August 1, 2010. The Debtors failed to make payments pursuant to the Order. Therefore, the court vacated the stay.

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real

property which is subject of a Deed of Trust dated March 8, 2007, and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Mike Zitta and Irena Zitta have an interest in, further described as:

    LOT 281, OF ROOSEVELT PARK UNIT 1, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 716 OF MAPS, PAGE 47 AND AFFIDAVIT OF CORRECTION RECORDED AS 2007-86113 OF OFFICIAL RECORD.

    IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

    IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.