# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | MIKE & IRENA ZITTA | | |
| **Case Number:** | 2:09-bk-19154-SSC | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, DECEMBER 15, 2010 01:30 PM   7TH FLOOR #701 | | |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY | | |
| **Courtroom Clerk:** | WANDA GARBERICK | | |
| **Reporter / ECR:** | ANDAMO PURVIS | | |

## Matter:

MOTION FOR RECONSIDERATION ON DENIAL OF MOTION OR RELIEF FROM STAY

**R / M #:**   182 / 0

## Appearances:

JOSEPH W. CHARLES, ATTORNEY FOR MIKE ZITTA, IRENA ZITTA
JILL HOLT, ATTORNEY FOR BAC HOME LOANS

## Proceedings:

Mr. Charles states that his client is willing to do an adequate protection order. Ms. Holt discusses the assignment issue with the court.

COURT: IT IS ORDERED THAT THE MOTION FOR RECONSIDERATION IS DENIED.