**JOSEPH W. CHARLES, P.C.**
5704 West Palmaire Avenue
P.O. Box 1737
Glendale, Arizona 85311-1737
Phone: (623) 939-6546
Fax:     (623) 939-6718
LawOffice@joecharles.com

HARRY J. LENABURG
State Bar No. 005733
Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| In re:<br><br>MIKE ZITTA and<br>IRENA ZITTA,<br><br>          Debtors.<br><br>Ocwen Loan Servicing, LLC, its<br>assignees and/or successors,<br><br>          Movant,<br><br>    vs.<br><br>MIKE ZITTA and<br>IRENA ZITTA, Debtors<br><br>          Respondents. | Case No. 2:09-bk-19154-SSC<br><br>OBJECTION TO MOTION<br>FOR RELIEF FROM<br>AUTOMATIC STAY<br><br>RE: Real Property Located at<br>15592 West Roanoke<br>Goodyear, AZ 85339 |

COMES NOW the debtors, MIKE ZITTA and IRENA ZITTA, by and through counsel undersigned, and hereby responds and objects to Movant Ocwen Loan Servicing, LLC's Motion for Relief from the Automatic Stay as follows:

1

The Debtors dispute the amount of the alleged arrearages and note that the Motion does not support the allegations of delinquencies with any documentation such as a ledger or accounting statement.

Debtors respectfully requests that the Movant's Motion for Relief from the Automatic Stay be denied.

RESPECTFULLY SUBMITTED this 20th day of December, 2010.

                        JOSEPH W. CHARLES, P.C.

                        By /s/ Harry J. Lenaburg
                            HARRY J. LENABURG
                            5704 W. Palmaire Avenue
                            P.O. Box 1737
                            Glendale, Arizona 85311
                            Attorney for Debtors

COPY of the foregoing
mailed this 20th day of
December, 2010, to:

Matthew A. Silverman (018919)
Jessica R. Kenney (026615)
**McCarthy Holthus Levine**
8502 E. Via de Ventura, Suite 200
Scottsdale, AZ 85258
Attorney for Movant

UNITED STATES TRUSTEE
Office of the US Trustee
230 North First Ave, Suite 204
Phoenix AZ 85003-1706

By: /s/ C. Short