**SIGNED.**

Dated: February 11, 2011

_____
**SARAH S. CURLEY**
**U.S. Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | Chapter 7 Proceedings |
| JANA MARIE BROPHY, | Case No. 10-bk-37965 |
| Debtor. | ORDER SETTING HEARING ON MOTION FOR RELIEF FROM STAY |

This matter comes before the Court on a "Motion for Relief from Stay" ("Motion") filed on December 27, 2010 by DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for American Home Mortgage Assets Trust 2006-5, Mortgage-Backed Pass-Through Certificates Series 2006-5, its assignees and/or successors in interest. Copies of the adjustable rate promissory note ("Note") and the recorded deed of trust ("Deed of Trust") were attached to the Motion. The Note states that American Brokers Conduit provided the financing for the property at 490 W Leah Avenue, Gilbert, AZ 85233. There is a blank endorsement at the end of the Note. However, no assignment of the Deed of Trust from any entity to Movant was included. In light of the Court's January 21, 2010 Memorandum Decision entered in the In re Mike Zitta and Irena Zitta, bankruptcy, Case No.: 2:09-bk-19154-SSC, it is not clear to the Court how the Movant is entitled to relief on this record. Therefore, the Court will set the matter for hearing.

**IT IS ORDERED** setting a hearing on this matter for the <u>29th</u> day of <u>March,</u> 2011, at <u>10:00 a.m.,</u> in Courtroom 701, United States Bankruptcy Court, 230 N. First Avenue, 7th Floor, Phoenix, Arizona 85003.

1 **IT IS FURTHER ORDERED** directing the Clerk's Office to provide <u>immediate</u>
2 notice of this Order to all interested parties, and file an affidavit of service thereon.
3
4     SIGNED AND DATED ABOVE