Paul M. Levine, Esq. (007202)
Jessica R. Kenney, Esq. SBN 026615
**McCarthy, Holthus & Levine**
8502 E. Via De Ventura, Suite 200
Scottsdale, AZ 85258
Phone (602) 230-8726
Fax (480) 302-4101

Attorney for: Movant,
Ocwen Loan Servicing, LLC, it assignees and/or successors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| In re:<br><br>Mike Zitta,<br>and<br>Irena Zitta,<br><br>         Debtor.<br>_____<br>Ocwen Loan Servicing, LLC, it assignees<br>and/or successors,<br><br>         Movant,<br><br>  v.<br><br>Mike Zitta and Irena Zitta, Debtor; and No<br>Trustee, Chapter 11Trustee,<br><br>         Respondents. | Case No. 2:09-bk-19154-SSC<br><br>Chapter  11<br><br>**SUPPLEMENTAL DECLARATION TO<br>MOTION FOR RELIEF FROM THE<br>AUTOMATIC STAY** |

1

I, **Perry Lerner**, declare and state as follows:

1.      As to the following facts, I know them to be true of my own personal knowledge, and if called upon to testify in this action, I could and would testify competently thereto.

2.      I am employed by Ocwen Loan Servicing, LLC, its assignees and/or successors "Movant" herein, and am familiar with the subject Deed of Trust and loan in favor of Movant herein, and the subject Bankruptcy case.

3. I am familiar with the manner and procedure by which the records of Ocwen Loan Servicing, LLC are obtained, prepared, and maintained. Those records are obtained, prepared, and maintained by employees or agents at Ocwen Loan Servicing, LLC in the performance of their regular business duties at or near the time, act, conditions, or events recorded thereon. The records are made either by persons with knowledge of the matters they record or from information obtained by persons with such knowledge. It is my business practice to maintain these records in the regular course of business.

4.      The subject property securing the Deed of Trust loan is commonly known as 15592 West Roanoke, Goodyear, AZ 85339.

5.      Movant  is the holder of the Promissory Note dated 12/1/2006 in the principal amount of $319,423.00, which is secured by the Deed of Trust of the same date, and recorded in the Official Records of Maricopa County, on 12/5/2006. True and correct copies of the Note and Deed of Trust, together with any Assignments of record are attached hereto as **Exhibits "1", "2" and "3"** respectfully.

6.      The Debtor filed bankruptcy petition on 8/11/2009.

///
///
///
///
///

2

7. With respect to Movant's Deed of Trust, the following is now due:

POST-PETITION DELINQUENCIES:

| | | | | | | |
|---|---|---|---|---|---|---|
| Unpaid Principal Balance | | | | $ | 307,315.29 |
| Monthly Payments: | 7 | at | $2,195.52 | $ | 15,368.64 |
| ( 06/09 through 12/09 ) | | | | | |
| Monthly Payments: | 13 | at | $2,276.70 | $ | 29,597.10 |
| ( 01/10 through 01/11 ) | | | | | |
| Late Charges: | | | | $ | 98.34 |
| Property Inspections: | | | | $ | 10.50 |
| Escrow Advances: | | | | $ | 5,249.19 |
| Bankruptcy Filing Fee | | | | $ | 150.00 |
| Bankruptcy Attorney Fees | | | | $ | 675.00 |

**Total Post-Petition**
**Delinquencies:**      $      **51,148.77**

**Total Due to Secured Creditor**      $      **358,464.06**

8. The next scheduled monthly payment is due February 2, 2011, and continuing each month thereafter. Late charges are due on the 15th day of each month if payment is not received by the 15th of the month when due.

9. No foreclosure has commenced on this property.

10. The current market value of the Debtor's subject Property is $308,000.00, based upon the appraisal dated 10/13/2010, prepared by Alfredo Cervantes with Kings & Associates Reality, a copy of which is attached hereto as **Exhibit "4."**

11. In the present case, the Debtor has little or no equity in the Property, as evidenced by the approximate market value compared to the total liens against the Property, principally that of Secured Creditor herein and the other liens as noted in this Motion.

| | |
|---|---|
| Value | $ 308,000.00 |
| Total Liens to Secured Creditor | $ 358,464.06 |
| Less 8% Cost of Sale | $ 24,640.00 |
| Equity | $(75,104.06) |

File No.: AZ-10-37374/ Case No.: 2:09-bk-19154-SSC
Supplemental Declaration

1     12.     Based on the foregoing, Secured Creditor alleges that there is no equity in the

2 subject Property, the subject Property is not necessary for an effective reorganization, and

3 Secured Creditor is not adequately protected.

4     Executed _Feb. 16th_, 2011, at _West Plm Bch_ (City), _FL_ (State).

5

6     By: _____

7     Name:   **Perry Lerner**

8     Company:  ~~Contract Management Coordinator~~

9

10 State of _Florida_ )

11     ) ss

12 County of _Palm Beach_ )

13 On _10th February 2011_ (date) before me, _Rashad Blanchard_ (Insert name of Notary Public and Title)

14

15 the undersigned Notary Public, personally appeared **Perry Lerner** to proved to me on the

16 basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument

17 and acknowledged to me the he/she/they executed the same in his/her/their authorized capacity(ies), and

18 that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the

19 person(s) acted, executed he instrument.

20

21 I certify under PENALTY of PERJURY under the laws of the State of

22 _Florida_ that the foregoing paragraph is true and correct.

23

24 WITNESS my hand and official seal

25

26 Signature _____ (Seal)

27 Rashad Blanchard

28

29     Notary Public State of Florida
    Rashad Blanchard
    My Commission EE 027468
    Expires 09/19/2014