**TIFFANY & BOSCO**
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

09-22941

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Mike Zitta and Irena Zitta<br>    Debtors.<br><br>Wells Fargo Bank, N.A.<br><br>    Movant,<br>vs.<br><br>Mike Zitta and Irena Zitta, Debtors; Office of the US Trustee, Trustee.<br><br>    Respondents. | No. 2:09-bk-19154-SSC<br><br>Chapter 11<br><br>NOTICE OF HEARING REGARDING MOTION TO SET ASIDE ORDER<br><br>Related to Docket #207 |

NOTICE IS HEREBY GIVEN that a hearing, with respect to the Motion to Set Aside Order filed by Harry J. Lenaburg of the Law Offices of Joseph W. Charle on behalf of the Respondents, Mike Zitta and Irena Zitta, has been set for May 11, 2011 at 10:00 am to be held at the U.S. Bankruptcy Court located at:

230 N First Avenue
Courtroom 701
Phoenix, AZ

Dated this 31st day of March, 2011.

BY   /s/ LJM # 014228
Mark S. Bosco
Leonard J. McDonald
Attorney for Movant

COPY of the foregoing mailed
This 31st day of March, 2011 to:

Mike Zitta and Irena Zitta
15592 West Roanoke Avenue
Goodyear, AZ 85395
Debtor

Joseph W. Charles
P.O. Box 1737
Glendale, AZ 85311-1737
Attorney for Debtors

Office of the US Trustee
230 North First Ave.
Suite 204
Phoenix, AZ 85003
Trustee

Aurora Loan Services
PO BOX 78111
Phoenix, AZ 85062-8111

Bank of America Home Loans
450 American Street
Simi Valley, CA 93065-6298

CHASE BANK
800 Brooksedge Blvd.
Westerville, OH 43081

CHASE CARDMEMBER SERVICES
P. O. Box 94014
Palatine, IL 60094-4014

| | |
|---|---|
| 1 | CITI MORTGAGE CO. INC. |
| 2 | P.O. BOX 6006 |
| | The Lakes, NV 88901 |

CITI MORTGAGE CO. INC.
P.O. BOX 6006
The Lakes, NV 88901

CITI PLATINUM SELECT CARD
P. O. Box 6000
The Lakes, NV 89163-6000

HSBC Mortgage Corporation
Suite 0241
Buffalo, NY 14270-0241

SAM'S CLUB DISCOVER
P. O. Box 960013
Orlando, FL 32896-0013

TAYLOR BEAN & WHITAKER
1417 N. MAGNOIA AVENUE
Ocala, FL 34475-9078

U.S. BANK
P. O. Box 790408
Saint Louis, MO 63179-0408

WELLS FARGO BANK
MERCHANT SERVICES
PO BOX 6010
Hagerstown, MD 21741

By: Rebecca Robinson